1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

In Re:

12

DMCA SUBPOENA TO CLOUDFLARE, INC.,

13

14

Service Provider.

Case No.:    3:19-mc-05034

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA TO
CLOUDFLARE, INC.

15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 1

I, ANIS BABA, hereby declare as follows:

1.     I am a Director of MG Premium Ltd (hereinafter, "MG") and am authorized to act on its behalf.  I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2.     I submit this declaration in support of MG's request for issuance of a Subpoena by the Clerk of this Court,  pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to Cloudflare, Inc. ("Cloudflare"), relating to the posting of MG's copyrighted material on the domain, YesPornPlease.com, vshare.io, and ezcgwym5xp7ty.com, webpages hosted by Cloudflare.

3.     I have personal knowledge of the copyrights owned by MG and the ongoing infringements of those copyrights that occur on the internet.  I also have personal knowledge of the countless instances that MG's copyrighted works have been posted without MG authorization to Vivud.com.

4.     On August 27, 2019, authorized agent for MG Vobile, Inc. issued and served a copyright infringement notification on Cloudflare's DMCA Agent relating to posts on YesPornPlease.com, ezcgwym5xp7ty.com, and vshare.io.  Pursuant to Section 512(c)(3)(A), the notifications were properly signed by MG's agent, identified the copyrighted material being infringed, set forth a listing of the 6 URLs containing posts of infringing material, confirmed that such use of MG's copyrighted works was not authorized by MG, and gave contact information such that the DMCA Agent could reach MG's Agent with questions.  A true and correct copy of the August 27, 2019 notification is attached as Exhibit A.

5.     On August 27, 2019, authorized agent for MG Vobile, Inc. issued and served a copyright infringement notification on Cloudflare's DMCA Agent relating to posts on YesPornPlease.com and ezcgwym5xp7ty.com.   Pursuant to Section 512(c)(3)(A),  the notifications were properly signed by MG's agent, identified the copyrighted material being infringed, set forth a listing of the 4 URLs containing posts of infringing material, confirmed that

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

1   such use of MG's copyrighted works was not authorized by MG, and gave contact information

2   such that the DMCA Agent could reach MG's Agent with questions.  A true and correct copy of

3   the August 27, 2019 notification is attached as Exhibit B.

4          6.      On August 27, 2019, authorized agent for MG Vobile, Inc. issued and served a

5   copyright infringement notification on Cloudflare's DMCA Agent relating to posts on

6   YesPornPlease.com, ezcgwym5xp7ty.com, and vshare.io.  Pursuant to Section 512(c)(3)(A), the

7   notifications were properly signed by MG's agent, identified the copyrighted material being

8   infringed, set forth a listing of the 4 URLs containing posts of infringing material, confirmed that

9   such use of MG's copyrighted works was not authorized by MG, and gave contact information

10  such that the DMCA Agent could reach MG's Agent with questions.  A true and correct copy of

11  the August 27, 2019 notification is attached as Exhibit C.

12         7.      On August 27, 2019, authorized agent for MG Jason Tucker issued and served a

13  copyright infringement notification on Cloudflare's DMCA Agent relating to posts on

14  YesPornPlease.com.  Pursuant to Section 512(c)(3)(A), the notifications were properly signed by

15  MG's agent, identified the copyrighted material being infringed, set forth a listing of the 3,257

16  URLs containing posts of infringing material, confirmed that such use of MG's copyrighted

17  works was not authorized by MG, and gave contact information such that the DMCA Agent

18  could reach MG's Agent with questions.  A true and correct copy of the August 27, 2019

19  notification is attached as Exhibit D.

20         8.      The purpose of the DMCA Subpoena is to obtain information sufficient to

21  identify alleged infringers who, without authorization from MG, posted material to the web page

22  Vivud.com, which infringed copyrights held by MG.  The information received as a result of the

23  Subpoena will only be used by MG to protect its rights under Title 17 of the United States Code.

24

25

26

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 3

1      I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3      DATED this 29th day of August, 2019, at Nicosia, Cyprus.

4

5

6                                 ANIS BABA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO CLOUDFLARE, INC. - 4

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

# Exhibit A

**Copyright Infringement Notice Issued Pursuant
to 17 U.S.C. § 512(c)(3) to
Registered DMCA Agent for
Service Provider Cloudflare, Inc.**

| From: | agent@ ██████████████ |
|---|---|
| Sent: | Tuesday, August 27, 2019 6:44 AM |
| To: | contact@vshare.io; abuse@vshare.io; contact@yespornplease.com |
| Cc: | abuse@name.com; support@cloudflare.com; abuse@cloudflare.com |
| Subject: | DMCA Copyright Infringement Notice |

**DMCA Copyright Infringement Notice**

Notice Date: 08/27/2019

To Whom It May Concern,

**DMCA Copyright Infringement Notice**

1. Infringed Work:  Brazzers

I, the undersigned, do solemnly and sincerely declare and certify under penalty of perjury that:

1. I am the agent authorized to act on behalf of MG Premium Ltd the "Owner" of the copyrighted material referred below;

2. I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to Section 512 (c) of the U.S. Copyright Law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.  If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

3. To the best of my knowledge the information contained within this notice is accurate and correct.

Signed

Vobile, Inc.
2880 Lakeside Drive, Suite 360
Santa Clara, CA 95054
████████████

Infringing Links

BRAZZERS - 3648589 - If You Grow It, They Will Cum

https://yespornplease.com/v/802325457

1

https://316e15458e4077dfb51d.ezcgwym5xp7ty.com/s,128-1000-7-1-0-
iytynpeyip/186827/486242/184967/d449bda6d2bc9671cc117a82aea5b919c4f2b8b60f0765cbe7558fadd0224
fd5-0e52ef27890fd847fc060611167e936a35da61a1,5d64e499,32flrgh_720.mp4


Brazzers - 3456815 - Pussy For The Private Chef


https://yespornplease.com/v/725941886
https://s202.vshare.io/s,128-1000-7-1-0-
yjntulqlcs/186817/486242/184958/1221f79c22915aed81fae561f6216ecd40326b3e3da288c27fb80683cd36d7
a4-cde4bb76944f6c4c4036ee34cac5f0f4a506cc1c,5d64e47f,4856k1i_720.mp4


BRAZZERS - 3648228 - Fucking Family Vacation


https://yespornplease.com/v/571394875
https://s202.vshare.io/s,128-1000-7-1-0-
lybtvqaarr/186907/486242/184958/e00a78931a72aad132088efe6e93fb7c208dba33336536743d9764f059572
d99-91b510040a25e9af3c4f3e13d8ade338d60e64d5,5d64d4c2,a7arp5u_720.mp4


The information in this message is legally privileged and confidential.  In the event of a transmission error and
if you are not the individual or entity mentioned above, you are hereby advised that any use, copying or
reproduction of this document is strictly forbidden.  Please advise us of this error and destroy this message.

# Exhibit B

**Copyright Infringement Notice Issued Pursuant
to 17 U.S.C. § 512(c)(3) to
Registered DMCA Agent for
Service Provider Cloudflare, Inc.**

**From:**              agent@ █████████████
**Sent:**               Tuesday, August 27, 2019 12:57 AM
**To:**                  contact@vshare.io; abuse@vshare.io; contact@yespornplease.com
**Cc:**                  abuse@name.com; support@cloudflare.com; abuse@cloudflare.com
**Subject:**        3rd DMCA Copyright Infringement Notice

**3rd DMCA Copyright Infringement Notice**

**Notice Date: 08/26/2019**

**To Whom It May Concern,**

**DMCA Copyright Infringement Notice**

**1. Infringed Work:  Brazzers**

**I, the undersigned, do solemnly and sincerely declare and certify under penalty of perjury that:**

**1. I am the agent authorized to act on behalf of MG Premium Ltd the "Owner" of the copyrighted material referred below;**

**2. I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to Section 512 (c) of the U.S. Copyright Law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.  If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.**

**3. To the best of my knowledge the information contained within this notice is accurate and correct.**

**Signed**

**Vobile, Inc.**
**2880 Lakeside Drive, Suite 360**
**Santa Clara, CA 95054**
████████████

**Infringing Links**

**BRAZZERS - 3402014 - Wet And Wild**

https://yespornplease.com/v/560465428

https://316e15458e4077dfb51d.ezcgwym5xp7ty.com/s,128-1000-7-1-0-qmepalmwoa/186311/486242/184967/3a302e63cca38b6d4db91c6e13018cdd1d6616c0b04a6e9ed202bdaab6325fd3-bf215a0ff78b2245da94a8c927aa4684ecfeaacb,5d5a1faa,d5obocp_720.mp4

Brazzers - 3648592 - Bending Over Backwards

https://yespornplease.com/v/151701354
https://316e15458e4077dfb51d.ezcgwym5xp7ty.com/s,128-1000-7-1-0-hkkyjmivco/186765/486242/184967/3a302e63cca38b6d4db91c6e13018cdd1d6616c0b04a6e9ed202bdaab6325fd3-3111676bba798ff1d938754a2eb5125dd0464eff,5d5a1faa,azknu16_720.mp4

The information in this message is legally privileged and confidential.  In the event of a transmission error and if you are not the individual or entity mentioned above, you are hereby advised that any use, copying or reproduction of this document is strictly forbidden.  Please advise us of this error and destroy this message.

# Exhibit C

**Copyright Infringement Notice Issued Pursuant to 17 U.S.C. § 512(c)(3) to Registered DMCA Agent for Service Provider Cloudflare, Inc.**

| | |
|---|---|
| **From:** | agent@ |
| **Sent:** | Tuesday, August 27, 2019 6:01 AM |
| **To:** | contact@vshare.io; abuse@vshare.io; contact@yespornplease.com |
| **Cc:** | abuse@name.com; support@cloudflare.com; abuse@cloudflare.com |
| **Subject:** | 4th DMCA Copyright Infringement Notice |

**4th DMCA Copyright Infringement Notice**

**Notice Date: 08/27/2019**

**To Whom It May Concern,**

**DMCA Copyright Infringement Notice**

**1. Infringed Work:  Brazzers**

**I, the undersigned, do solemnly and sincerely declare and certify under penalty of perjury that:**

**1. I am the agent authorized to act on behalf of MG Premium Ltd the "Owner" of the copyrighted material referred below;**

**2. I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to Section 512 (c) of the U.S. Copyright Law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.  If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.**

**3. To the best of my knowledge the information contained within this notice is accurate and correct.**

**Signed**

**Vobile, Inc.**
**2880 Lakeside Drive, Suite 360**
**Santa Clara, CA 95054**

**Infringing Links**

**Brazzers - 3425289 - My Room, My Rules Bitch!**

https://yespornplease.com/v/197550385

1

https://s209.vshare.io/s,128-1000-7-1-0-
uhtjdhzrpd/186002/486242/184965/a854d77ed833d75219a97d1ef6f2fa8ff250835dfafc115bac9642de3d21b8
82-6133bcc584405b275c3c68f27740cfa50f395300,5d54fc11,1gmh8o1_720.mp4

Brazzers - 3433515 - You Messed Up

https://yespornplease.com/v/956608720
https://f459d7927a5f68ed40df.ezcgwym5xp7ty.com/s,128-1000-6-1-0-
hlrprwmjdf/186663/486242/184964/66d73826f97b20ed5681bc4fdc816d329069bc687a506144e9ba86bda3c5
ff83-ec7923734d524475ec46c09565aa8e82a808f837,5d54edfd,at0nt6u_720.mp4

The information in this message is legally privileged and confidential.  In the event of a transmission error and
if you are not the individual or entity mentioned above, you are hereby advised that any use, copying or
reproduction of this document is strictly forbidden.  Please advise us of this error and destroy this message.

# Exhibit D

**Copyright Infringement Notice Issued Pursuant
to 17 U.S.C. § 512(c)(3) to
Registered DMCA Agent for
Service Provider Cloudflare, Inc.**

**From:** Jason Tucker ███████████████ >
**Sent:** Tuesday, August 27, 2019 9:37 AM
**To:** 'contact@vshare.io'; 'abuse@vshare.io'; 'contact@yespornplease.com'
**Cc:** 'abuse@name.com'; abuse@cloudflare.com
**Subject:** DMCA NOTICE Takedown Notice for Copyright Infringement - YESPORNPLEASE.com – 3,257 Links

via Email

RE: DMCA NOTICE Takedown Notice for Copyright Infringement - YESPORNPLEASE.com – 3,257 Links

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to Section 512 (c) of the U.S. Copyright Law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system. If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

My contact information is as follows:
MG Premium Ltd.
c/o: Battleship Stance, Inc. - Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA
Email: ████████████████████

Links to Infringing Material:
http://yespornplease.com/v/131932708
http://yespornplease.com/v/439867601
http://yespornplease.com/v/577539770
http://yespornplease.com/v/600746703
http://yespornplease.com/v/655123782
http://yespornplease.com/v/722359311
http://yespornplease.com/v/758628447
http://yespornplease.com/v/968219671
http://yespornplease.com/v/105348455
http://yespornplease.com/v/114527766
http://yespornplease.com/v/129376753
http://yespornplease.com/v/130057242
http://yespornplease.com/v/132723647
http://yespornplease.com/v/145669008
http://yespornplease.com/v/149361683
http://yespornplease.com/v/161838195

1

http://yespornplease.com/v/162340380
http://yespornplease.com/v/177880286
http://yespornplease.com/v/190130346
http://yespornplease.com/v/192220048
http://yespornplease.com/v/209259785
http://yespornplease.com/v/235633932
http://yespornplease.com/v/260781762
http://yespornplease.com/v/267137409
http://yespornplease.com/v/281751327
http://yespornplease.com/v/296083751
http://yespornplease.com/v/296733255
http://yespornplease.com/v/308697365
http://yespornplease.com/v/335992234
http://yespornplease.com/v/359761689
http://yespornplease.com/v/376509605
http://yespornplease.com/v/383220195
http://yespornplease.com/v/410937297
http://yespornplease.com/v/414870794
http://yespornplease.com/v/419095015
http://yespornplease.com/v/433698522
http://yespornplease.com/v/449411060
http://yespornplease.com/v/465184541
http://yespornplease.com/v/468319170
http://yespornplease.com/v/468969170
http://yespornplease.com/v/470727839
http://yespornplease.com/v/475697021
http://yespornplease.com/v/481335784
http://yespornplease.com/v/488876451
http://yespornplease.com/v/494245966
http://yespornplease.com/v/500278311
http://yespornplease.com/v/520832197
http://yespornplease.com/v/524060607
http://yespornplease.com/v/535293309
http://yespornplease.com/v/603537580
http://yespornplease.com/v/615990756
http://yespornplease.com/v/617658297
http://yespornplease.com/v/622325578
http://yespornplease.com/v/630287304
http://yespornplease.com/v/631079855
http://yespornplease.com/v/640448016
http://yespornplease.com/v/641994998
http://yespornplease.com/v/655299719
http://yespornplease.com/v/661883182
http://yespornplease.com/v/667215813
http://yespornplease.com/v/670805462
http://yespornplease.com/v/681334422
http://yespornplease.com/v/694302398
http://yespornplease.com/v/701639771
http://yespornplease.com/v/711396040
http://yespornplease.com/v/712653286
http://yespornplease.com/v/728072733

http://yespornplease.com/v/728593960
http://yespornplease.com/v/762572074
http://yespornplease.com/v/769644510
http://yespornplease.com/v/789402635
http://yespornplease.com/v/802661958
http://yespornplease.com/v/811797346
http://yespornplease.com/v/827766549
http://yespornplease.com/v/833251557
http://yespornplease.com/v/843097453
http://yespornplease.com/v/847022625
http://yespornplease.com/v/848887617
http://yespornplease.com/v/850367644
http://yespornplease.com/v/851674286
http://yespornplease.com/v/880410748
http://yespornplease.com/v/889489565
http://yespornplease.com/v/890861431
http://yespornplease.com/v/928036089
http://yespornplease.com/v/932294548
http://yespornplease.com/v/953566334
http://yespornplease.com/v/978416549
http://yespornplease.com/v/986886377
http://yespornplease.com/v/988267099
http://yespornplease.com/v/996511649
http://yespornplease.com/v/118370754
http://yespornplease.com/v/120840028
http://yespornplease.com/v/153899001
http://yespornplease.com/v/179562578
http://yespornplease.com/v/183733230
http://yespornplease.com/v/199142587
http://yespornplease.com/v/276456279
http://yespornplease.com/v/282252218
http://yespornplease.com/v/290016586
http://yespornplease.com/v/293276151
http://yespornplease.com/v/329943284
http://yespornplease.com/v/379541757
http://yespornplease.com/v/386608957
http://yespornplease.com/v/440676947
http://yespornplease.com/v/446505773
http://yespornplease.com/v/453617147
http://yespornplease.com/v/458302073
http://yespornplease.com/v/476280104
http://yespornplease.com/v/485665795
http://yespornplease.com/v/488918132
http://yespornplease.com/v/504309821
http://yespornplease.com/v/535811011
http://yespornplease.com/v/541789858
http://yespornplease.com/v/543934856
http://yespornplease.com/v/552521669
http://yespornplease.com/v/597359510
http://yespornplease.com/v/634142568
http://yespornplease.com/v/660688398

http://yespornplease.com/v/667294648
http://yespornplease.com/v/671422416
http://yespornplease.com/v/701272721
http://yespornplease.com/v/714635213
http://yespornplease.com/v/735115317
http://yespornplease.com/v/765960270
http://yespornplease.com/v/806869677
http://yespornplease.com/v/895334421
http://yespornplease.com/v/918135633
http://yespornplease.com/v/925759037
http://yespornplease.com/v/926148172
http://yespornplease.com/v/948953610
http://yespornplease.com/v/979382147
http://yespornplease.com/v/982603663
http://yespornplease.com/v/175324676
http://yespornplease.com/v/186434723
http://yespornplease.com/v/251489093
http://yespornplease.com/v/254003478
http://yespornplease.com/v/277479046
http://yespornplease.com/v/312638643
http://yespornplease.com/v/342300353
http://yespornplease.com/v/404313991
http://yespornplease.com/v/449869171
http://yespornplease.com/v/508239817
http://yespornplease.com/v/545184122
http://yespornplease.com/v/548025879
http://yespornplease.com/v/557437294
http://yespornplease.com/v/685239981
http://yespornplease.com/v/790580488
http://yespornplease.com/v/842129172
http://yespornplease.com/v/853850967
http://yespornplease.com/v/858391612
http://yespornplease.com/v/881077137
http://yespornplease.com/v/942213473
http://yespornplease.com/v/384167058
http://yespornplease.com/v/498009215
http://yespornplease.com/v/543498498
http://yespornplease.com/v/787584996
http://yespornplease.com/v/100925554
http://yespornplease.com/v/188284162
http://yespornplease.com/v/126955423
http://yespornplease.com/v/986651423
http://yespornplease.com/v/648056276
http://yespornplease.com/v/767630150
http://yespornplease.com/v/973494278
http://yespornplease.com/v/553227723
http://yespornplease.com/v/590399535
http://yespornplease.com/v/867656019
http://yespornplease.com/v/729147268
http://yespornplease.com/v/324608325
http://yespornplease.com/v/700205644

http://yespornplease.com/v/816548964
http://yespornplease.com/v/497737961
http://yespornplease.com/v/993949973
http://yespornplease.com/v/743447296
http://yespornplease.com/v/923864585
http://yespornplease.com/v/239521576
http://yespornplease.com/v/398150357
http://yespornplease.com/v/301268887
http://yespornplease.com/v/379839102
http://yespornplease.com/v/661725522
http://yespornplease.com/v/202120074
http://yespornplease.com/v/256531638
http://yespornplease.com/v/926069909
http://yespornplease.com/v/118277627
http://yespornplease.com/v/171434410
http://yespornplease.com/v/409742573
http://yespornplease.com/v/519200255
http://yespornplease.com/v/540737506
http://yespornplease.com/v/732766401
http://yespornplease.com/v/742472932
http://yespornplease.com/v/800735090
http://yespornplease.com/v/814701933
http://yespornplease.com/v/824083985
http://yespornplease.com/v/824591561
http://yespornplease.com/v/827520865
http://yespornplease.com/v/830180656
http://yespornplease.com/v/834028933
http://yespornplease.com/v/834143596
http://yespornplease.com/v/842671776
http://yespornplease.com/v/844780420
http://yespornplease.com/v/845236438
http://yespornplease.com/v/846175939
http://yespornplease.com/v/846228985
http://yespornplease.com/v/847585088
http://yespornplease.com/v/849637389
http://yespornplease.com/v/852461018
http://yespornplease.com/v/854281478
http://yespornplease.com/v/854433592
http://yespornplease.com/v/855429884
http://yespornplease.com/v/873733920
http://yespornplease.com/v/878539967
http://yespornplease.com/v/879707474
http://yespornplease.com/v/880816553
http://yespornplease.com/v/881465043
http://yespornplease.com/v/882285060
http://yespornplease.com/v/885777246
http://yespornplease.com/v/894551894
http://yespornplease.com/v/898138636
http://yespornplease.com/v/898417259
http://yespornplease.com/v/899931292
http://yespornplease.com/v/900405843

http://yespornplease.com/v/900566715
http://yespornplease.com/v/901936953
http://yespornplease.com/v/905401725
http://yespornplease.com/v/905869279
http://yespornplease.com/v/907097161
http://yespornplease.com/v/908605276
http://yespornplease.com/v/910990476
http://yespornplease.com/v/912729001
http://yespornplease.com/v/913514410
http://yespornplease.com/v/915541669
http://yespornplease.com/v/917648370
http://yespornplease.com/v/919223898
http://yespornplease.com/v/920944640
http://yespornplease.com/v/922244307
http://yespornplease.com/v/926114143
http://yespornplease.com/v/926141767
http://yespornplease.com/v/931717286
http://yespornplease.com/v/933360445
http://yespornplease.com/v/935684634
http://yespornplease.com/v/939343399
http://yespornplease.com/v/939541609
http://yespornplease.com/v/940663471
http://yespornplease.com/v/942646489
http://yespornplease.com/v/946121034
http://yespornplease.com/v/949825398
http://yespornplease.com/v/950522281
http://yespornplease.com/v/951931401
http://yespornplease.com/v/971544165
http://yespornplease.com/v/973074801
http://yespornplease.com/v/973219875
http://yespornplease.com/v/975965093
http://yespornplease.com/v/978642470
http://yespornplease.com/v/984537969
http://yespornplease.com/v/991096126
http://yespornplease.com/v/991336577
http://yespornplease.com/v/992633424
http://yespornplease.com/v/998128706
http://yespornplease.com/v/999917933
http://yespornplease.com/v/130491472
http://yespornplease.com/v/643529455
http://yespornplease.com/v/647376541
http://yespornplease.com/v/653156665
http://yespornplease.com/v/664132648
http://yespornplease.com/v/682336431
http://yespornplease.com/v/700776428
http://yespornplease.com/v/705331574
http://yespornplease.com/v/712784695
http://yespornplease.com/v/714443350
http://yespornplease.com/v/724902999
http://yespornplease.com/v/730116996
http://yespornplease.com/v/737457777

http://yespornplease.com/v/737875632
http://yespornplease.com/v/738189210
http://yespornplease.com/v/748114188
http://yespornplease.com/v/748226631
http://yespornplease.com/v/751713255
http://yespornplease.com/v/754591206
http://yespornplease.com/v/756592312
http://yespornplease.com/v/763767572
http://yespornplease.com/v/768853914
http://yespornplease.com/v/772434946
http://yespornplease.com/v/778760164
http://yespornplease.com/v/779183651
http://yespornplease.com/v/781015101
http://yespornplease.com/v/781026701
http://yespornplease.com/v/784056395
http://yespornplease.com/v/788582936
http://yespornplease.com/v/795669775
http://yespornplease.com/v/795839533
http://yespornplease.com/v/799577019
http://yespornplease.com/v/802361941
http://yespornplease.com/v/805790882
http://yespornplease.com/v/812641394
http://yespornplease.com/v/826438469
http://yespornplease.com/v/827784161
http://yespornplease.com/v/828501281
http://yespornplease.com/v/830960998
http://yespornplease.com/v/831282854
http://yespornplease.com/v/835974059
http://yespornplease.com/v/846706532
http://yespornplease.com/v/850728309
http://yespornplease.com/v/855963472
http://yespornplease.com/v/857528080
http://yespornplease.com/v/857997580
http://yespornplease.com/v/863683614
http://yespornplease.com/v/887014839
http://yespornplease.com/v/887022882
http://yespornplease.com/v/922816494
http://yespornplease.com/v/933726756
http://yespornplease.com/v/938428167
http://yespornplease.com/v/958131088
http://yespornplease.com/v/965681708
http://yespornplease.com/v/973248464
http://yespornplease.com/v/982898515
http://yespornplease.com/v/989656099
http://yespornplease.com/v/993805696
http://yespornplease.com/v/419199151
http://yespornplease.com/v/476391721
http://yespornplease.com/v/547767667
http://yespornplease.com/v/547811566
http://yespornplease.com/v/549065495
http://yespornplease.com/v/552043629

http://yespornplease.com/v/555353894
http://yespornplease.com/v/561535977
http://yespornplease.com/v/561604411
http://yespornplease.com/v/567365264
http://yespornplease.com/v/571325157
http://yespornplease.com/v/573928880
http://yespornplease.com/v/575165501
http://yespornplease.com/v/575664678
http://yespornplease.com/v/577739556
http://yespornplease.com/v/583608163
http://yespornplease.com/v/592013182
http://yespornplease.com/v/592186678
http://yespornplease.com/v/593629115
http://yespornplease.com/v/593855888
http://yespornplease.com/v/597874293
http://yespornplease.com/v/598267670
http://yespornplease.com/v/598763285
http://yespornplease.com/v/603930278
http://yespornplease.com/v/604515839
http://yespornplease.com/v/607189808
http://yespornplease.com/v/608829147
http://yespornplease.com/v/609361320
http://yespornplease.com/v/610299827
http://yespornplease.com/v/611701895
http://yespornplease.com/v/612499047
http://yespornplease.com/v/615446106
http://yespornplease.com/v/619696889
http://yespornplease.com/v/622279265
http://yespornplease.com/v/627722502
http://yespornplease.com/v/632916145
http://yespornplease.com/v/635805931
http://yespornplease.com/v/635814834
http://yespornplease.com/v/643812687
http://yespornplease.com/v/649115603
http://yespornplease.com/v/653013280
http://yespornplease.com/v/655562901
http://yespornplease.com/v/659464231
http://yespornplease.com/v/663256939
http://yespornplease.com/v/663294175
http://yespornplease.com/v/663343273
http://yespornplease.com/v/667509586
http://yespornplease.com/v/669281999
http://yespornplease.com/v/670459667
http://yespornplease.com/v/672453504
http://yespornplease.com/v/675703757
http://yespornplease.com/v/677632198
http://yespornplease.com/v/679754358
http://yespornplease.com/v/680052114
http://yespornplease.com/v/681113157
http://yespornplease.com/v/683011578
http://yespornplease.com/v/691654830

http://yespornplease.com/v/692340722
http://yespornplease.com/v/693817208
http://yespornplease.com/v/695379043
http://yespornplease.com/v/697248473
http://yespornplease.com/v/702045088
http://yespornplease.com/v/708366771
http://yespornplease.com/v/709284549
http://yespornplease.com/v/715131236
http://yespornplease.com/v/715146398
http://yespornplease.com/v/716590287
http://yespornplease.com/v/721194681
http://yespornplease.com/v/734351355
http://yespornplease.com/v/736875616
http://yespornplease.com/v/750353625
http://yespornplease.com/v/753775273
http://yespornplease.com/v/755590841
http://yespornplease.com/v/756153843
http://yespornplease.com/v/766754061
http://yespornplease.com/v/766895795
http://yespornplease.com/v/782422631
http://yespornplease.com/v/782510673
http://yespornplease.com/v/788611735
http://yespornplease.com/v/793466329
http://yespornplease.com/v/803892066
http://yespornplease.com/v/804202795
http://yespornplease.com/v/804326041
http://yespornplease.com/v/804748800
http://yespornplease.com/v/806795548
http://yespornplease.com/v/815873141
http://yespornplease.com/v/822247817
http://yespornplease.com/v/824876979
http://yespornplease.com/v/835101175
http://yespornplease.com/v/848528726
http://yespornplease.com/v/852453078
http://yespornplease.com/v/866612891
http://yespornplease.com/v/899307677
http://yespornplease.com/v/904353697
http://yespornplease.com/v/910188438
http://yespornplease.com/v/940515916
http://yespornplease.com/v/942869362
http://yespornplease.com/v/959896205
http://yespornplease.com/v/982957411
http://yespornplease.com/v/988211048
http://yespornplease.com/v/317201251
http://yespornplease.com/v/320999846
http://yespornplease.com/v/334930056
http://yespornplease.com/v/336010833
http://yespornplease.com/v/347227833
http://yespornplease.com/v/355014987
http://yespornplease.com/v/363788776
http://yespornplease.com/v/364654490

http://yespornplease.com/v/380212306
http://yespornplease.com/v/389667944
http://yespornplease.com/v/397251804
http://yespornplease.com/v/401133640
http://yespornplease.com/v/403075304
http://yespornplease.com/v/404639425
http://yespornplease.com/v/409048690
http://yespornplease.com/v/409877849
http://yespornplease.com/v/420726351
http://yespornplease.com/v/423091433
http://yespornplease.com/v/423877268
http://yespornplease.com/v/430583612
http://yespornplease.com/v/440925579
http://yespornplease.com/v/448407521
http://yespornplease.com/v/463095369
http://yespornplease.com/v/463806737
http://yespornplease.com/v/465903405
http://yespornplease.com/v/472759907
http://yespornplease.com/v/473336049
http://yespornplease.com/v/473604211
http://yespornplease.com/v/487252225
http://yespornplease.com/v/495272142
http://yespornplease.com/v/496105938
http://yespornplease.com/v/498347075
http://yespornplease.com/v/498419314
http://yespornplease.com/v/502085770
http://yespornplease.com/v/502807553
http://yespornplease.com/v/513354126
http://yespornplease.com/v/516522668
http://yespornplease.com/v/523461878
http://yespornplease.com/v/526102626
http://yespornplease.com/v/530464561
http://yespornplease.com/v/531831513
http://yespornplease.com/v/534120158
http://yespornplease.com/v/540162151
http://yespornplease.com/v/541335173
http://yespornplease.com/v/541567514
http://yespornplease.com/v/542718743
http://yespornplease.com/v/554409674
http://yespornplease.com/v/577437157
http://yespornplease.com/v/584994411
http://yespornplease.com/v/590653537
http://yespornplease.com/v/596411058
http://yespornplease.com/v/605200139
http://yespornplease.com/v/614280916
http://yespornplease.com/v/615089717
http://yespornplease.com/v/618219066
http://yespornplease.com/v/637258098
http://yespornplease.com/v/646719069
http://yespornplease.com/v/684295316
http://yespornplease.com/v/713062324

http://yespornplease.com/v/718929333
http://yespornplease.com/v/725489351
http://yespornplease.com/v/732983792
http://yespornplease.com/v/745483114
http://yespornplease.com/v/754667101
http://yespornplease.com/v/770208027
http://yespornplease.com/v/885907479
http://yespornplease.com/v/912857843
http://yespornplease.com/v/945992981
http://yespornplease.com/v/979319773
http://yespornplease.com/v/214345391
http://yespornplease.com/v/280481283
http://yespornplease.com/v/290567764
http://yespornplease.com/v/305888657
http://yespornplease.com/v/316253976
http://yespornplease.com/v/334085373
http://yespornplease.com/v/334198102
http://yespornplease.com/v/336610709
http://yespornplease.com/v/388232510
http://yespornplease.com/v/417632243
http://yespornplease.com/v/443359896
http://yespornplease.com/v/446026261
http://yespornplease.com/v/451052330
http://yespornplease.com/v/452886494
http://yespornplease.com/v/457173973
http://yespornplease.com/v/457505678
http://yespornplease.com/v/461495057
http://yespornplease.com/v/462494317
http://yespornplease.com/v/462757981
http://yespornplease.com/v/485794700
http://yespornplease.com/v/486817079
http://yespornplease.com/v/491684601
http://yespornplease.com/v/513300492
http://yespornplease.com/v/516593180
http://yespornplease.com/v/518517449
http://yespornplease.com/v/525855147
http://yespornplease.com/v/533425593
http://yespornplease.com/v/546071666
http://yespornplease.com/v/547099041
http://yespornplease.com/v/559935192
http://yespornplease.com/v/578223802
http://yespornplease.com/v/578898206
http://yespornplease.com/v/587507968
http://yespornplease.com/v/600452967
http://yespornplease.com/v/615138484
http://yespornplease.com/v/103108155
http://yespornplease.com/v/103991367
http://yespornplease.com/v/108190190
http://yespornplease.com/v/112280155
http://yespornplease.com/v/118052866
http://yespornplease.com/v/128457312

http://yespornplease.com/v/135051311
http://yespornplease.com/v/138308175
http://yespornplease.com/v/138522136
http://yespornplease.com/v/139917753
http://yespornplease.com/v/147109440
http://yespornplease.com/v/150456868
http://yespornplease.com/v/152733173
http://yespornplease.com/v/159900292
http://yespornplease.com/v/165873629
http://yespornplease.com/v/167041102
http://yespornplease.com/v/169594794
http://yespornplease.com/v/170202441
http://yespornplease.com/v/172466531
http://yespornplease.com/v/173816808
http://yespornplease.com/v/175614158
http://yespornplease.com/v/175991787
http://yespornplease.com/v/177861577
http://yespornplease.com/v/181439753
http://yespornplease.com/v/185984696
http://yespornplease.com/v/194937332
http://yespornplease.com/v/199182740
http://yespornplease.com/v/200475921
http://yespornplease.com/v/202031865
http://yespornplease.com/v/202997733
http://yespornplease.com/v/211554137
http://yespornplease.com/v/211601856
http://yespornplease.com/v/213659717
http://yespornplease.com/v/214693775
http://yespornplease.com/v/221278721
http://yespornplease.com/v/228359159
http://yespornplease.com/v/246945604
http://yespornplease.com/v/247515977
http://yespornplease.com/v/253765592
http://yespornplease.com/v/257442456
http://yespornplease.com/v/265830785
http://yespornplease.com/v/265879556
http://yespornplease.com/v/267560235
http://yespornplease.com/v/276074814
http://yespornplease.com/v/277444634
http://yespornplease.com/v/279157060
http://yespornplease.com/v/284241910
http://yespornplease.com/v/293159531
http://yespornplease.com/v/295784221
http://yespornplease.com/v/295787292
http://yespornplease.com/v/297104588
http://yespornplease.com/v/298275999
http://yespornplease.com/v/299839216
http://yespornplease.com/v/305003749
http://yespornplease.com/v/310749154
http://yespornplease.com/v/314518896
http://yespornplease.com/v/316169922

http://yespornplease.com/v/333385027
http://yespornplease.com/v/338955898
http://yespornplease.com/v/340140569
http://yespornplease.com/v/341195235
http://yespornplease.com/v/347278814
http://yespornplease.com/v/353484456
http://yespornplease.com/v/359345114
http://yespornplease.com/v/359640627
http://yespornplease.com/v/361781418
http://yespornplease.com/v/362865506
http://yespornplease.com/v/371170950
http://yespornplease.com/v/376100153
http://yespornplease.com/v/376265013
http://yespornplease.com/v/376797638
http://yespornplease.com/v/379434688
http://yespornplease.com/v/379788250
http://yespornplease.com/v/381985387
http://yespornplease.com/v/384134000
http://yespornplease.com/v/387045265
http://yespornplease.com/v/398928796
http://yespornplease.com/v/400337232
http://yespornplease.com/v/415288610
http://yespornplease.com/v/417375741
http://yespornplease.com/v/420305686
http://yespornplease.com/v/429983355
http://yespornplease.com/v/434472980
http://yespornplease.com/v/440336595
http://yespornplease.com/v/441189898
http://yespornplease.com/v/442048738
http://yespornplease.com/v/442255590
http://yespornplease.com/v/442676316
http://yespornplease.com/v/446217587
http://yespornplease.com/v/448659018
http://yespornplease.com/v/461397607
http://yespornplease.com/v/464766246
http://yespornplease.com/v/476085365
http://yespornplease.com/v/478314789
http://yespornplease.com/v/487322770
http://yespornplease.com/v/487554835
http://yespornplease.com/v/490676892
http://yespornplease.com/v/492484888
http://yespornplease.com/v/494824523
http://yespornplease.com/v/496657736
http://yespornplease.com/v/504813852
http://yespornplease.com/v/506827405
http://yespornplease.com/v/507184571
http://yespornplease.com/v/508735813
http://yespornplease.com/v/510108765
http://yespornplease.com/v/514407295
http://yespornplease.com/v/514873328
http://yespornplease.com/v/515631682

http://yespornplease.com/v/518760988
http://yespornplease.com/v/522024342
http://yespornplease.com/v/524497063
http://yespornplease.com/v/544705329
http://yespornplease.com/v/551617010
http://yespornplease.com/v/566004393
http://yespornplease.com/v/577624878
http://yespornplease.com/v/581306388
http://yespornplease.com/v/583126510
http://yespornplease.com/v/586753494
http://yespornplease.com/v/624489602
http://yespornplease.com/v/688412565
http://yespornplease.com/v/918277228
http://yespornplease.com/v/940967972
https://yespornplease.com/v/535186038
http://yespornplease.com/v/101129858
http://yespornplease.com/v/106833564
http://yespornplease.com/v/112641181
http://yespornplease.com/v/116004904
http://yespornplease.com/v/125426188
http://yespornplease.com/v/126483873
http://yespornplease.com/v/126677068
http://yespornplease.com/v/129150191
http://yespornplease.com/v/132346894
http://yespornplease.com/v/134469426
http://yespornplease.com/v/136529784
http://yespornplease.com/v/143916901
http://yespornplease.com/v/156060431
http://yespornplease.com/v/157913670
http://yespornplease.com/v/159009056
http://yespornplease.com/v/159128943
http://yespornplease.com/v/159923849
http://yespornplease.com/v/162230009
http://yespornplease.com/v/162984892
http://yespornplease.com/v/163092836
http://yespornplease.com/v/168931442
http://yespornplease.com/v/170009088
http://yespornplease.com/v/170319447
http://yespornplease.com/v/187053842
http://yespornplease.com/v/188781995
http://yespornplease.com/v/193175784
http://yespornplease.com/v/194225602
http://yespornplease.com/v/198567565
http://yespornplease.com/v/201029455
http://yespornplease.com/v/202202821
http://yespornplease.com/v/203433061
http://yespornplease.com/v/204436795
http://yespornplease.com/v/206333926
http://yespornplease.com/v/206398029
http://yespornplease.com/v/207974071
http://yespornplease.com/v/209924827

http://yespornplease.com/v/210356836
http://yespornplease.com/v/215597773
http://yespornplease.com/v/220199385
http://yespornplease.com/v/222168913
http://yespornplease.com/v/223057359
http://yespornplease.com/v/223875398
http://yespornplease.com/v/234873581
http://yespornplease.com/v/237448792
http://yespornplease.com/v/239674601
http://yespornplease.com/v/243682998
http://yespornplease.com/v/243710303
http://yespornplease.com/v/246421345
http://yespornplease.com/v/247908106
http://yespornplease.com/v/248408585
http://yespornplease.com/v/259028072
http://yespornplease.com/v/265153056
http://yespornplease.com/v/266691273
http://yespornplease.com/v/271585389
http://yespornplease.com/v/275180143
http://yespornplease.com/v/278694460
http://yespornplease.com/v/281196010
http://yespornplease.com/v/285248543
http://yespornplease.com/v/287845367
http://yespornplease.com/v/289243872
http://yespornplease.com/v/290560618
http://yespornplease.com/v/291651978
http://yespornplease.com/v/292473906
http://yespornplease.com/v/296397733
http://yespornplease.com/v/297691039
http://yespornplease.com/v/302353820
http://yespornplease.com/v/304154858
http://yespornplease.com/v/309997674
http://yespornplease.com/v/311359281
http://yespornplease.com/v/315051475
http://yespornplease.com/v/327041811
http://yespornplease.com/v/333021607
http://yespornplease.com/v/334412423
http://yespornplease.com/v/341728152
http://yespornplease.com/v/344306093
http://yespornplease.com/v/354145947
http://yespornplease.com/v/376215115
http://yespornplease.com/v/387275403
http://yespornplease.com/v/392451685
http://yespornplease.com/v/393369252
http://yespornplease.com/v/413144874
http://yespornplease.com/v/423932317
http://yespornplease.com/v/424461356
http://yespornplease.com/v/424679531
http://yespornplease.com/v/428906365
http://yespornplease.com/v/430253303
http://yespornplease.com/v/432951512

http://yespornplease.com/v/437372641
http://yespornplease.com/v/439637850
http://yespornplease.com/v/440960750
http://yespornplease.com/v/456584495
http://yespornplease.com/v/463213675
http://yespornplease.com/v/466714332
http://yespornplease.com/v/471112624
http://yespornplease.com/v/476815584
http://yespornplease.com/v/485630527
http://yespornplease.com/v/509689486
http://yespornplease.com/v/527802749
http://yespornplease.com/v/534463021
http://yespornplease.com/v/559123536
http://yespornplease.com/v/574563409
http://yespornplease.com/v/582022535
http://yespornplease.com/v/590344340
http://yespornplease.com/v/627299768
http://yespornplease.com/v/632960397
http://yespornplease.com/v/638917576
http://yespornplease.com/v/646908280
http://yespornplease.com/v/669013245
http://yespornplease.com/v/685246252
http://yespornplease.com/v/688643577
http://yespornplease.com/v/694840502
http://yespornplease.com/v/694961953
http://yespornplease.com/v/703145991
http://yespornplease.com/v/787536160
http://yespornplease.com/v/801063006
http://yespornplease.com/v/810022583
http://yespornplease.com/v/811039016
http://yespornplease.com/v/833171157
http://yespornplease.com/v/836265480
http://yespornplease.com/v/857718200
http://yespornplease.com/v/925234673
http://yespornplease.com/v/952051327
http://yespornplease.com/v/958897509
http://yespornplease.com/v/977626485
http://yespornplease.com/v/102849179
http://yespornplease.com/v/103146053
http://yespornplease.com/v/104145298
http://yespornplease.com/v/106062520
http://yespornplease.com/v/106996201
http://yespornplease.com/v/108867251
http://yespornplease.com/v/118015749
http://yespornplease.com/v/118230819
http://yespornplease.com/v/133821641
http://yespornplease.com/v/139689025
http://yespornplease.com/v/159643284
http://yespornplease.com/v/174544530
http://yespornplease.com/v/174711792
http://yespornplease.com/v/175605423

http://yespornplease.com/v/181912141
http://yespornplease.com/v/183131876
http://yespornplease.com/v/185270346
http://yespornplease.com/v/226627846
http://yespornplease.com/v/257351907
http://yespornplease.com/v/285075829
http://yespornplease.com/v/288812466
http://yespornplease.com/v/292716285
http://yespornplease.com/v/307409005
http://yespornplease.com/v/324209067
http://yespornplease.com/v/327290943
http://yespornplease.com/v/352831244
http://yespornplease.com/v/369020284
http://yespornplease.com/v/386241814
http://yespornplease.com/v/388251807
http://yespornplease.com/v/407541848
http://yespornplease.com/v/424511314
http://yespornplease.com/v/436150137
http://yespornplease.com/v/440714048
http://yespornplease.com/v/474104349
http://yespornplease.com/v/494216820
http://yespornplease.com/v/541359445
http://yespornplease.com/v/576114237
http://yespornplease.com/v/619376040
http://yespornplease.com/v/631277134
http://yespornplease.com/v/651686221
http://yespornplease.com/v/674252348
http://yespornplease.com/v/796837827
http://yespornplease.com/v/805265813
http://yespornplease.com/v/829401529
http://yespornplease.com/v/834763169
http://yespornplease.com/v/852300803
http://yespornplease.com/v/960550239
http://yespornplease.com/v/997910718
http://yespornplease.com/v/112895472
http://yespornplease.com/v/117776327
http://yespornplease.com/v/122183994
http://yespornplease.com/v/134692303
http://yespornplease.com/v/148502620
http://yespornplease.com/v/153051844
http://yespornplease.com/v/153595778
http://yespornplease.com/v/159007722
http://yespornplease.com/v/176444429
http://yespornplease.com/v/184986295
http://yespornplease.com/v/192913503
http://yespornplease.com/v/197673197
http://yespornplease.com/v/209561135
http://yespornplease.com/v/214344776
http://yespornplease.com/v/263726669
http://yespornplease.com/v/265339540
http://yespornplease.com/v/268601866

http://yespornplease.com/v/279091453
http://yespornplease.com/v/316211188
http://yespornplease.com/v/326134289
http://yespornplease.com/v/331028364
http://yespornplease.com/v/346245386
http://yespornplease.com/v/351178634
http://yespornplease.com/v/407289007
http://yespornplease.com/v/429288870
http://yespornplease.com/v/448133468
http://yespornplease.com/v/486164027
http://yespornplease.com/v/523319217
http://yespornplease.com/v/554731445
http://yespornplease.com/v/559176021
http://yespornplease.com/v/559360845
http://yespornplease.com/v/576419763
http://yespornplease.com/v/594147813
http://yespornplease.com/v/604941379
http://yespornplease.com/v/644804741
http://yespornplease.com/v/646320475
http://yespornplease.com/v/661209459
http://yespornplease.com/v/686132268
http://yespornplease.com/v/688682868
http://yespornplease.com/v/706278308
http://yespornplease.com/v/711888373
http://yespornplease.com/v/712872899
http://yespornplease.com/v/766111178
http://yespornplease.com/v/791301129
http://yespornplease.com/v/829151695
http://yespornplease.com/v/831104201
http://yespornplease.com/v/832487438
http://yespornplease.com/v/840669097
http://yespornplease.com/v/844169560
http://yespornplease.com/v/867065414
http://yespornplease.com/v/918028239
http://yespornplease.com/v/921627857
http://yespornplease.com/v/975601367
http://yespornplease.com/v/993683366
http://yespornplease.com/v/172183332
http://yespornplease.com/v/800827853
http://yespornplease.com/v/932674985
http://yespornplease.com/v/116348410
http://yespornplease.com/v/260297799
http://yespornplease.com/v/873361960
http://yespornplease.com/v/362171701
http://yespornplease.com/v/457780554
http://yespornplease.com/v/536624753
http://yespornplease.com/v/994505058
http://yespornplease.com/v/174055607
http://yespornplease.com/v/476714012
http://yespornplease.com/v/274690494
http://yespornplease.com/v/355330490

http://yespornplease.com/v/668145467
http://yespornplease.com/v/292806883
http://yespornplease.com/v/518551607
http://yespornplease.com/v/838916317
http://yespornplease.com/v/847725409
http://yespornplease.com/v/940299932
http://yespornplease.com/v/140010427
http://yespornplease.com/v/234572563
http://yespornplease.com/v/379736791
http://yespornplease.com/v/394133118
http://yespornplease.com/v/395958181
http://yespornplease.com/v/406859920
http://yespornplease.com/v/408718355
http://yespornplease.com/v/413055836
http://yespornplease.com/v/428111490
http://yespornplease.com/v/430927349
http://yespornplease.com/v/431416687
http://yespornplease.com/v/441140856
http://yespornplease.com/v/474369415
http://yespornplease.com/v/482455016
http://yespornplease.com/v/492128387
http://yespornplease.com/v/508716844
http://yespornplease.com/v/511302591
http://yespornplease.com/v/520651720
http://yespornplease.com/v/526012454
http://yespornplease.com/v/527745812
http://yespornplease.com/v/529156088
http://yespornplease.com/v/537655314
http://yespornplease.com/v/542365962
http://yespornplease.com/v/553402529
http://yespornplease.com/v/555440478
http://yespornplease.com/v/593155867
http://yespornplease.com/v/606251833
http://yespornplease.com/v/628598749
http://yespornplease.com/v/628782274
http://yespornplease.com/v/649811264
http://yespornplease.com/v/666913127
http://yespornplease.com/v/671739589
http://yespornplease.com/v/676750794
http://yespornplease.com/v/680937755
http://yespornplease.com/v/692532725
http://yespornplease.com/v/698742978
http://yespornplease.com/v/702533412
http://yespornplease.com/v/703281687
http://yespornplease.com/v/709598820
http://yespornplease.com/v/720424234
http://yespornplease.com/v/723886212
http://yespornplease.com/v/732134828
http://yespornplease.com/v/733161149
http://yespornplease.com/v/733405722
http://yespornplease.com/v/738455785

http://yespornplease.com/v/767797357
http://yespornplease.com/v/770263550
http://yespornplease.com/v/790389927
http://yespornplease.com/v/798779176
http://yespornplease.com/v/804869815
http://yespornplease.com/v/817489170
http://yespornplease.com/v/820449347
http://yespornplease.com/v/828462644
http://yespornplease.com/v/833945970
http://yespornplease.com/v/843059438
http://yespornplease.com/v/847068545
http://yespornplease.com/v/850247756
http://yespornplease.com/v/867159249
http://yespornplease.com/v/882460640
http://yespornplease.com/v/884106466
http://yespornplease.com/v/889174536
http://yespornplease.com/v/891995198
http://yespornplease.com/v/897252967
http://yespornplease.com/v/901019639
http://yespornplease.com/v/908855464
http://yespornplease.com/v/921584676
http://yespornplease.com/v/939515361
http://yespornplease.com/v/949342369
http://yespornplease.com/v/966096568
http://yespornplease.com/v/986291584
http://yespornplease.com/v/997009826
http://yespornplease.com/v/998922028
http://yespornplease.com/v/145745928
http://yespornplease.com/v/148566850
http://yespornplease.com/v/188489329
http://yespornplease.com/v/188893020
http://yespornplease.com/v/205780052
http://yespornplease.com/v/233263870
http://yespornplease.com/v/272972198
http://yespornplease.com/v/291788873
http://yespornplease.com/v/310465929
http://yespornplease.com/v/319131860
http://yespornplease.com/v/349979934
http://yespornplease.com/v/359792718
http://yespornplease.com/v/364087420
http://yespornplease.com/v/365948442
http://yespornplease.com/v/380276918
http://yespornplease.com/v/386126031
http://yespornplease.com/v/493532504
http://yespornplease.com/v/555150675
http://yespornplease.com/v/596130415
http://yespornplease.com/v/600726774
http://yespornplease.com/v/706423766
http://yespornplease.com/v/742456100
http://yespornplease.com/v/782122750
http://yespornplease.com/v/782970806

http://yespornplease.com/v/839877287
http://yespornplease.com/v/917645322
http://yespornplease.com/v/969907971
http://yespornplease.com/v/978015834
http://yespornplease.com/v/114939612
http://yespornplease.com/v/115313859
http://yespornplease.com/v/126219031
http://yespornplease.com/v/163278786
http://yespornplease.com/v/172722114
http://yespornplease.com/v/173863684
http://yespornplease.com/v/191329436
http://yespornplease.com/v/192159798
http://yespornplease.com/v/195683588
http://yespornplease.com/v/213935865
http://yespornplease.com/v/216388336
http://yespornplease.com/v/246839767
http://yespornplease.com/v/266160190
http://yespornplease.com/v/277308036
http://yespornplease.com/v/286744749
http://yespornplease.com/v/294899133
http://yespornplease.com/v/303763237
http://yespornplease.com/v/318205442
http://yespornplease.com/v/320121487
http://yespornplease.com/v/349429073
http://yespornplease.com/v/350319361
http://yespornplease.com/v/360688137
http://yespornplease.com/v/375331706
http://yespornplease.com/v/460809418
http://yespornplease.com/v/935547814
http://yespornplease.com/v/967581112
http://yespornplease.com/v/169915929
http://yespornplease.com/v/245305477
http://yespornplease.com/v/841812888
http://yespornplease.com/v/403437954
http://yespornplease.com/v/940820982
http://yespornplease.com/v/201959758
http://yespornplease.com/v/366768718
http://yespornplease.com/v/450137520
http://yespornplease.com/v/580589456
http://yespornplease.com/v/400231335
http://yespornplease.com/v/501241245
http://yespornplease.com/v/512891414
http://yespornplease.com/v/969027351
http://yespornplease.com/v/495708559
http://yespornplease.com/v/923245161
http://yespornplease.com/v/494290981
http://yespornplease.com/v/527662583
http://yespornplease.com/v/917019473
http://yespornplease.com/v/183313495
http://yespornplease.com/v/491999571
http://yespornplease.com/v/502941971

http://yespornplease.com/v/664487158
http://yespornplease.com/v/730216738
http://yespornplease.com/v/170241090
http://yespornplease.com/v/258829652
http://yespornplease.com/v/447024916
http://yespornplease.com/v/464770912
http://yespornplease.com/v/660767822
http://yespornplease.com/v/869940319
http://yespornplease.com/v/967970670
http://yespornplease.com/v/829119312
http://yespornplease.com/v/751890289
http://yespornplease.com/v/754238988
http://yespornplease.com/v/162018199
http://yespornplease.com/v/781493152
http://yespornplease.com/v/207055259
http://yespornplease.com/v/105892183
http://yespornplease.com/v/712212943
http://yespornplease.com/v/602684975
http://yespornplease.com/v/116001222
http://yespornplease.com/v/120149262
http://yespornplease.com/v/578456297
http://yespornplease.com/v/615137817
http://yespornplease.com/v/743155266
http://yespornplease.com/v/333704079
http://yespornplease.com/v/629613505
http://yespornplease.com/v/961263055
http://yespornplease.com/v/711518712
http://yespornplease.com/v/440122158
http://yespornplease.com/v/665707138
https://yespornplease.com/v/964249623
http://yespornplease.com/v/174317222
http://yespornplease.com/v/911248112
http://yespornplease.com/v/655326470
https://yespornplease.com/v/183676898
https://yespornplease.com/v/373409071
http://yespornplease.com/v/766164861
https://yespornplease.com/v/590767095
http://yespornplease.com/v/918143435
http://yespornplease.com/v/571642875
https://yespornplease.com/v/277735355
http://yespornplease.com/v/986274536
http://yespornplease.com/v/128032902
http://yespornplease.com/v/822320890
http://yespornplease.com/v/584520038
http://yespornplease.com/v/118633857
http://yespornplease.com/v/183185384
http://yespornplease.com/v/771799617
http://yespornplease.com/v/947835911
https://yespornplease.com/v/448334262
https://yespornplease.com/v/746612452
http://yespornplease.com/v/788806537

http://yespornplease.com/v/903827115
https://yespornplease.com/v/319147428
https://yespornplease.com/v/558621185
http://yespornplease.com/v/347390486
http://yespornplease.com/v/689737953
https://yespornplease.com/v/233407416
http://yespornplease.com/v/334034936
http://yespornplease.com/v/527201456
http://yespornplease.com/v/537750383
http://yespornplease.com/v/273758409
http://yespornplease.com/v/715049658
http://yespornplease.com/v/248240791
http://yespornplease.com/v/316013673
http://yespornplease.com/v/512449202
http://yespornplease.com/v/536950102
http://yespornplease.com/v/796788128
http://yespornplease.com/v/310204960
http://yespornplease.com/v/767745358
http://yespornplease.com/v/767626313
http://yespornplease.com/v/993896690
https://yespornplease.com/v/545074280
http://yespornplease.com/v/286795672
http://yespornplease.com/v/559210747
http://yespornplease.com/v/205909110
http://yespornplease.com/v/443308298
http://yespornplease.com/v/302283517
http://yespornplease.com/v/470586443
http://yespornplease.com/v/892314471
http://yespornplease.com/v/269777053
http://yespornplease.com/v/732518619
http://yespornplease.com/v/518726428
https://yespornplease.com/v/470912019
http://yespornplease.com/v/412926278
http://yespornplease.com/v/614755236
http://yespornplease.com/v/700480993
http://yespornplease.com/v/432729472
http://yespornplease.com/v/548983709
http://yespornplease.com/v/866465347
http://yespornplease.com/v/279126793
http://yespornplease.com/v/706639053
http://yespornplease.com/v/943193483
http://yespornplease.com/v/677341043
http://yespornplease.com/v/909981637
http://yespornplease.com/v/362634406
http://yespornplease.com/v/479968528
http://yespornplease.com/v/733897423
http://yespornplease.com/v/662412227
http://yespornplease.com/v/687966839
http://yespornplease.com/v/892135747
http://yespornplease.com/v/984497487
http://yespornplease.com/v/815118454

http://yespornplease.com/v/163044834
http://yespornplease.com/v/273138051
http://yespornplease.com/v/236669093
http://yespornplease.com/v/334881236
http://yespornplease.com/v/546617837
http://yespornplease.com/v/828774473
http://yespornplease.com/v/405689890
http://yespornplease.com/v/693928917
http://yespornplease.com/v/410840385
http://yespornplease.com/v/436700259
http://yespornplease.com/v/475330908
http://yespornplease.com/v/784983264
http://yespornplease.com/v/796152445
http://yespornplease.com/v/919732221
http://yespornplease.com/v/159856020
http://yespornplease.com/v/326566184
http://yespornplease.com/v/209244580
http://yespornplease.com/v/465951265
http://yespornplease.com/v/143348537
http://yespornplease.com/v/558428256
http://yespornplease.com/v/673974313
http://yespornplease.com/v/785347717
http://yespornplease.com/v/540488603
http://yespornplease.com/v/773250858
http://yespornplease.com/v/230286515
http://yespornplease.com/v/562108853
http://yespornplease.com/v/602923118
http://yespornplease.com/v/857627423
http://yespornplease.com/v/204496165
http://yespornplease.com/v/255398543
http://yespornplease.com/v/330906348
http://yespornplease.com/v/448988273
http://yespornplease.com/v/728126651
http://yespornplease.com/v/937208339
http://yespornplease.com/v/565783073
http://yespornplease.com/v/609229596
http://yespornplease.com/v/919231508
http://yespornplease.com/v/722327288
http://yespornplease.com/v/320921377
http://yespornplease.com/v/333846988
http://yespornplease.com/v/420955510
http://yespornplease.com/v/232607988
http://yespornplease.com/v/722997291
http://yespornplease.com/v/949852281
http://yespornplease.com/v/578077160
http://yespornplease.com/v/767608661
http://yespornplease.com/v/563115067
http://yespornplease.com/v/459257928
http://yespornplease.com/v/745447093
http://yespornplease.com/v/525524157
http://yespornplease.com/v/489740452

http://yespornplease.com/v/514537000
http://yespornplease.com/v/519508136
http://yespornplease.com/v/609122157
http://yespornplease.com/v/527603449
http://yespornplease.com/v/481100355
http://yespornplease.com/v/451488618
http://yespornplease.com/v/479710219
http://yespornplease.com/v/710004356
http://yespornplease.com/v/941328873
https://yespornplease.com/v/903125277
http://yespornplease.com/v/205473838
http://yespornplease.com/v/752980099
http://yespornplease.com/v/478104813
http://yespornplease.com/v/890713228
https://yespornplease.com/v/562371182
https://yespornplease.com/v/714353566
https://yespornplease.com/v/861885947
https://yespornplease.com/v/955508641
https://yespornplease.com/v/506593918
https://yespornplease.com/v/166160020
https://yespornplease.com/v/262978966
https://yespornplease.com/v/691997636
https://yespornplease.com/v/212293982
https://yespornplease.com/v/986056671
https://yespornplease.com/v/661007611
https://yespornplease.com/v/134938241
https://yespornplease.com/v/153204762
https://yespornplease.com/v/801416997
https://yespornplease.com/v/394535525
https://yespornplease.com/v/549987099
https://yespornplease.com/v/700666073
https://yespornplease.com/v/115396114
https://yespornplease.com/v/248189501
https://yespornplease.com/v/330159956
https://yespornplease.com/v/404971565
https://yespornplease.com/v/757598566
https://yespornplease.com/v/190856070
https://yespornplease.com/v/662795804
https://yespornplease.com/v/564210954
https://yespornplease.com/v/118826405
https://yespornplease.com/v/245067560
https://yespornplease.com/v/314591450
http://yespornplease.com/v/307186002
http://yespornplease.com/v/587016854
http://yespornplease.com/v/606440039
http://yespornplease.com/v/641271691
http://yespornplease.com/v/641507199
http://yespornplease.com/v/116957128
http://yespornplease.com/v/127239566
http://yespornplease.com/v/182676757
http://yespornplease.com/v/203151375

http://yespornplease.com/v/220456260
http://yespornplease.com/v/223753680
http://yespornplease.com/v/225703863
http://yespornplease.com/v/244165277
http://yespornplease.com/v/256656351
http://yespornplease.com/v/314286949
http://yespornplease.com/v/338102062
http://yespornplease.com/v/339452077
http://yespornplease.com/v/349731830
http://yespornplease.com/v/354592360
http://yespornplease.com/v/361788978
http://yespornplease.com/v/381834903
http://yespornplease.com/v/451381354
http://yespornplease.com/v/456902751
http://yespornplease.com/v/462471084
http://yespornplease.com/v/470271317
http://yespornplease.com/v/472676154
http://yespornplease.com/v/483399321
http://yespornplease.com/v/498027900
http://yespornplease.com/v/530978286
http://yespornplease.com/v/545469362
http://yespornplease.com/v/571097872
http://yespornplease.com/v/605105895
http://yespornplease.com/v/606250949
http://yespornplease.com/v/620709598
http://yespornplease.com/v/630080165
http://yespornplease.com/v/638076545
http://yespornplease.com/v/674243525
http://yespornplease.com/v/694710308
http://yespornplease.com/v/694776101
http://yespornplease.com/v/730747441
http://yespornplease.com/v/752535530
http://yespornplease.com/v/769500132
http://yespornplease.com/v/770476234
http://yespornplease.com/v/794684172
http://yespornplease.com/v/795174624
http://yespornplease.com/v/805966045
http://yespornplease.com/v/827928844
http://yespornplease.com/v/838279717
http://yespornplease.com/v/870374382
http://yespornplease.com/v/898553588
http://yespornplease.com/v/124070688
http://yespornplease.com/v/132520599
http://yespornplease.com/v/134249921
http://yespornplease.com/v/196226080
http://yespornplease.com/v/206906002
http://yespornplease.com/v/260621790
http://yespornplease.com/v/381055719
http://yespornplease.com/v/411459290
http://yespornplease.com/v/492753156
http://yespornplease.com/v/505820319

http://yespornplease.com/v/517732238
http://yespornplease.com/v/546485040
http://yespornplease.com/v/631507902
http://yespornplease.com/v/651411100
http://yespornplease.com/v/658878201
http://yespornplease.com/v/811781986
http://yespornplease.com/v/816672913
http://yespornplease.com/v/824161980
http://yespornplease.com/v/854607291
http://yespornplease.com/v/960694202
http://yespornplease.com/v/160648971
http://yespornplease.com/v/368310110
http://yespornplease.com/v/466112569
http://yespornplease.com/v/673532224
http://yespornplease.com/v/850051668
http://yespornplease.com/v/960145670
http://yespornplease.com/v/981731498
http://yespornplease.com/v/335339804
http://yespornplease.com/v/338526656
http://yespornplease.com/v/746905277
http://yespornplease.com/v/785571253
http://yespornplease.com/v/131622611
http://yespornplease.com/v/934692229
http://yespornplease.com/v/632433217
http://yespornplease.com/v/232967535
http://yespornplease.com/v/112362341
http://yespornplease.com/v/120942459
http://yespornplease.com/v/809740439
http://yespornplease.com/v/264814895
http://yespornplease.com/v/319901157
http://yespornplease.com/v/412725007
http://yespornplease.com/v/600473149
http://yespornplease.com/v/107289592
http://yespornplease.com/v/259894013
http://yespornplease.com/v/156213664
http://yespornplease.com/v/166827591
http://yespornplease.com/v/296631827
http://yespornplease.com/v/410516885
http://yespornplease.com/v/280487101
http://yespornplease.com/v/455178353
http://yespornplease.com/v/810453215
http://yespornplease.com/v/860033665
http://yespornplease.com/v/296445078
http://yespornplease.com/v/334628556
http://yespornplease.com/v/785747569
http://yespornplease.com/v/866268276
http://yespornplease.com/v/231847053
http://yespornplease.com/v/293803369
http://yespornplease.com/v/383520209
http://yespornplease.com/v/922117425
http://yespornplease.com/v/568911722

http://yespornplease.com/v/642938462
http://yespornplease.com/v/256335206
http://yespornplease.com/v/184321341
http://yespornplease.com/v/300545304
http://yespornplease.com/v/451685307
http://yespornplease.com/v/588008850
http://yespornplease.com/v/125265489
http://yespornplease.com/v/152609107
http://yespornplease.com/v/287522478
http://yespornplease.com/v/397080745
http://yespornplease.com/v/462976256
http://yespornplease.com/v/601309207
http://yespornplease.com/v/377919237
http://yespornplease.com/v/728670424
http://yespornplease.com/v/523022045
http://yespornplease.com/v/619488059
http://yespornplease.com/v/799808313
http://yespornplease.com/v/188020337
http://yespornplease.com/v/203902289
http://yespornplease.com/v/231178739
http://yespornplease.com/v/482171255
http://yespornplease.com/v/502429013
http://yespornplease.com/v/506986812
http://yespornplease.com/v/603855044
http://yespornplease.com/v/669596695
http://yespornplease.com/v/196737436
http://yespornplease.com/v/243719467
http://yespornplease.com/v/328658953
http://yespornplease.com/v/488377776
http://yespornplease.com/v/881729196
http://yespornplease.com/v/814573351
http://yespornplease.com/v/174103771
http://yespornplease.com/v/323378579
http://yespornplease.com/v/702470303
http://yespornplease.com/v/978426011
http://yespornplease.com/v/104180956
http://yespornplease.com/v/386780254
http://yespornplease.com/v/809903409
http://yespornplease.com/v/110447358
http://yespornplease.com/v/552149257
http://yespornplease.com/v/167973941
http://yespornplease.com/v/550033480
http://yespornplease.com/v/665762821
http://yespornplease.com/v/984563577
http://yespornplease.com/v/461736049
http://yespornplease.com/v/463688574
http://yespornplease.com/v/575818441
http://yespornplease.com/v/666159695
http://yespornplease.com/v/778850860
http://yespornplease.com/v/890750959
http://yespornplease.com/v/633500866

http://yespornplease.com/v/727347358
http://yespornplease.com/v/879473901
http://yespornplease.com/v/932962001
http://yespornplease.com/v/938429275
http://yespornplease.com/v/990061553
http://yespornplease.com/v/133818048
http://yespornplease.com/v/160250227
http://yespornplease.com/v/185583519
http://yespornplease.com/v/190764760
http://yespornplease.com/v/210346181
http://yespornplease.com/v/255673421
http://yespornplease.com/v/301092763
http://yespornplease.com/v/385340328
http://yespornplease.com/v/446354212
http://yespornplease.com/v/448983760
http://yespornplease.com/v/504386113
http://yespornplease.com/v/542871915
http://yespornplease.com/v/554909418
http://yespornplease.com/v/593042672
http://yespornplease.com/v/770540620
http://yespornplease.com/v/774943707
http://yespornplease.com/v/780713305
http://yespornplease.com/v/784191514
http://yespornplease.com/v/795129189
http://yespornplease.com/v/795677046
http://yespornplease.com/v/797023330
http://yespornplease.com/v/802677954
http://yespornplease.com/v/809241494
http://yespornplease.com/v/810883498
http://yespornplease.com/v/814872093
http://yespornplease.com/v/819517790
http://yespornplease.com/v/821642481
http://yespornplease.com/v/829569792
http://yespornplease.com/v/833696198
http://yespornplease.com/v/843294682
http://yespornplease.com/v/843296609
http://yespornplease.com/v/848341345
http://yespornplease.com/v/848697165
http://yespornplease.com/v/852186473
http://yespornplease.com/v/857804593
http://yespornplease.com/v/858308241
http://yespornplease.com/v/861870669
http://yespornplease.com/v/865032984
http://yespornplease.com/v/865130342
http://yespornplease.com/v/865593337
http://yespornplease.com/v/868945046
http://yespornplease.com/v/870475189
http://yespornplease.com/v/870963210
http://yespornplease.com/v/878634429
http://yespornplease.com/v/879179330
http://yespornplease.com/v/879630187

http://yespornplease.com/v/881322624
http://yespornplease.com/v/883801968
http://yespornplease.com/v/884341655
http://yespornplease.com/v/885710150
http://yespornplease.com/v/886721367
http://yespornplease.com/v/889201682
http://yespornplease.com/v/889753501
http://yespornplease.com/v/890623843
http://yespornplease.com/v/890796907
http://yespornplease.com/v/890986437
http://yespornplease.com/v/891432581
http://yespornplease.com/v/892350096
http://yespornplease.com/v/893473283
http://yespornplease.com/v/894972023
http://yespornplease.com/v/896621311
http://yespornplease.com/v/897451015
http://yespornplease.com/v/897455291
http://yespornplease.com/v/899034891
http://yespornplease.com/v/900021101
http://yespornplease.com/v/900022684
http://yespornplease.com/v/900151878
http://yespornplease.com/v/900372959
http://yespornplease.com/v/901512387
http://yespornplease.com/v/904285800
http://yespornplease.com/v/907218241
http://yespornplease.com/v/907653833
http://yespornplease.com/v/908562614
http://yespornplease.com/v/908917866
http://yespornplease.com/v/909101371
http://yespornplease.com/v/913875848
http://yespornplease.com/v/914490637
http://yespornplease.com/v/917827203
http://yespornplease.com/v/919361524
http://yespornplease.com/v/922537478
http://yespornplease.com/v/923036674
http://yespornplease.com/v/925277658
http://yespornplease.com/v/927385508
http://yespornplease.com/v/929776514
http://yespornplease.com/v/931615528
http://yespornplease.com/v/931920791
http://yespornplease.com/v/932543051
http://yespornplease.com/v/937750715
http://yespornplease.com/v/938317230
http://yespornplease.com/v/945651288
http://yespornplease.com/v/946122882
http://yespornplease.com/v/947900935
http://yespornplease.com/v/948923184
http://yespornplease.com/v/955060843
http://yespornplease.com/v/959244341
http://yespornplease.com/v/960155135
http://yespornplease.com/v/960821490

http://yespornplease.com/v/961052808
http://yespornplease.com/v/963390488
http://yespornplease.com/v/963681479
http://yespornplease.com/v/964453300
http://yespornplease.com/v/964791732
http://yespornplease.com/v/965207500
http://yespornplease.com/v/965368608
http://yespornplease.com/v/966906665
http://yespornplease.com/v/968094027
http://yespornplease.com/v/968268088
http://yespornplease.com/v/968454160
http://yespornplease.com/v/968857436
http://yespornplease.com/v/969456206
http://yespornplease.com/v/970734208
http://yespornplease.com/v/971011399
http://yespornplease.com/v/971429311
http://yespornplease.com/v/971802947
http://yespornplease.com/v/975192339
http://yespornplease.com/v/975791742
http://yespornplease.com/v/976726004
http://yespornplease.com/v/984563135
http://yespornplease.com/v/985471807
http://yespornplease.com/v/986527854
http://yespornplease.com/v/986853364
http://yespornplease.com/v/987791799
http://yespornplease.com/v/988764909
http://yespornplease.com/v/990000452
http://yespornplease.com/v/990481473
http://yespornplease.com/v/998983846
http://yespornplease.com/v/217410810
http://yespornplease.com/v/325046418
http://yespornplease.com/v/442731567
http://yespornplease.com/v/550093110
http://yespornplease.com/v/555218979
http://yespornplease.com/v/645505258
http://yespornplease.com/v/645939133
http://yespornplease.com/v/648929627
http://yespornplease.com/v/650124647
http://yespornplease.com/v/654896389
http://yespornplease.com/v/665550549
http://yespornplease.com/v/673831026
http://yespornplease.com/v/675252227
http://yespornplease.com/v/677176634
http://yespornplease.com/v/680000065
http://yespornplease.com/v/689021828
http://yespornplease.com/v/700124096
http://yespornplease.com/v/707308154
http://yespornplease.com/v/710738648
http://yespornplease.com/v/711326203
http://yespornplease.com/v/717982078
http://yespornplease.com/v/718022829

http://yespornplease.com/v/721091880
http://yespornplease.com/v/723699840
http://yespornplease.com/v/725561200
http://yespornplease.com/v/726721578
http://yespornplease.com/v/729322577
http://yespornplease.com/v/729382033
http://yespornplease.com/v/731064405
http://yespornplease.com/v/740806501
http://yespornplease.com/v/742780726
http://yespornplease.com/v/746977695
http://yespornplease.com/v/747096593
http://yespornplease.com/v/749719166
http://yespornplease.com/v/756316893
http://yespornplease.com/v/756371164
http://yespornplease.com/v/771516163
http://yespornplease.com/v/775775654
http://yespornplease.com/v/776359657
http://yespornplease.com/v/776829003
http://yespornplease.com/v/777992185
http://yespornplease.com/v/778658040
http://yespornplease.com/v/793206370
http://yespornplease.com/v/796856291
http://yespornplease.com/v/801861083
http://yespornplease.com/v/805306731
http://yespornplease.com/v/805823068
http://yespornplease.com/v/809266429
http://yespornplease.com/v/811483677
http://yespornplease.com/v/812615765
http://yespornplease.com/v/816461884
http://yespornplease.com/v/818811272
http://yespornplease.com/v/818905575
http://yespornplease.com/v/821390248
http://yespornplease.com/v/825700925
http://yespornplease.com/v/828378917
http://yespornplease.com/v/830400450
http://yespornplease.com/v/832720152
http://yespornplease.com/v/832894683
http://yespornplease.com/v/842749743
http://yespornplease.com/v/848251454
http://yespornplease.com/v/853015889
http://yespornplease.com/v/853978307
http://yespornplease.com/v/859302567
http://yespornplease.com/v/861397334
http://yespornplease.com/v/869451431
http://yespornplease.com/v/871931996
http://yespornplease.com/v/873023493
http://yespornplease.com/v/873734371
http://yespornplease.com/v/880830763
http://yespornplease.com/v/882549124
http://yespornplease.com/v/883347954
http://yespornplease.com/v/893622623

http://yespornplease.com/v/895604285
http://yespornplease.com/v/902380591
http://yespornplease.com/v/913022503
http://yespornplease.com/v/916244848
http://yespornplease.com/v/922722502
http://yespornplease.com/v/932642898
http://yespornplease.com/v/937654587
http://yespornplease.com/v/941407798
http://yespornplease.com/v/944171737
http://yespornplease.com/v/945251632
http://yespornplease.com/v/947555041
http://yespornplease.com/v/950264040
http://yespornplease.com/v/953829271
http://yespornplease.com/v/971912932
http://yespornplease.com/v/975409690
http://yespornplease.com/v/977254919
http://yespornplease.com/v/984745671
http://yespornplease.com/v/988961837
http://yespornplease.com/v/997566631
http://yespornplease.com/v/104331964
http://yespornplease.com/v/169136292
http://yespornplease.com/v/213490414
http://yespornplease.com/v/304978699
http://yespornplease.com/v/427475936
http://yespornplease.com/v/433833265
http://yespornplease.com/v/449884530
http://yespornplease.com/v/452531277
http://yespornplease.com/v/494593984
http://yespornplease.com/v/503439610
http://yespornplease.com/v/547261734
http://yespornplease.com/v/549005584
http://yespornplease.com/v/551021823
http://yespornplease.com/v/555918481
http://yespornplease.com/v/562366524
http://yespornplease.com/v/567311813
http://yespornplease.com/v/569436251
http://yespornplease.com/v/571005694
http://yespornplease.com/v/572995950
http://yespornplease.com/v/578189629
http://yespornplease.com/v/578548773
http://yespornplease.com/v/581668801
http://yespornplease.com/v/586860632
http://yespornplease.com/v/589144363
http://yespornplease.com/v/589689666
http://yespornplease.com/v/594474398
http://yespornplease.com/v/595310596
http://yespornplease.com/v/596288334
http://yespornplease.com/v/596581745
http://yespornplease.com/v/598449018
http://yespornplease.com/v/600052865
http://yespornplease.com/v/600868134

http://yespornplease.com/v/601930000
http://yespornplease.com/v/604678062
http://yespornplease.com/v/607979233
http://yespornplease.com/v/611772504
http://yespornplease.com/v/611920020
http://yespornplease.com/v/614547757
http://yespornplease.com/v/615135929
http://yespornplease.com/v/618367028
http://yespornplease.com/v/622242294
http://yespornplease.com/v/623015179
http://yespornplease.com/v/627584495
http://yespornplease.com/v/628244828
http://yespornplease.com/v/628716551
http://yespornplease.com/v/630000799
http://yespornplease.com/v/635261328
http://yespornplease.com/v/636621198
http://yespornplease.com/v/639238259
http://yespornplease.com/v/639456768
http://yespornplease.com/v/642882546
http://yespornplease.com/v/644696470
http://yespornplease.com/v/646963323
http://yespornplease.com/v/652592923
http://yespornplease.com/v/653435972
http://yespornplease.com/v/655589186
http://yespornplease.com/v/655901856
http://yespornplease.com/v/659902417
http://yespornplease.com/v/666175924
http://yespornplease.com/v/671536731
http://yespornplease.com/v/673882229
http://yespornplease.com/v/674909641
http://yespornplease.com/v/677587395
http://yespornplease.com/v/678181530
http://yespornplease.com/v/680411875
http://yespornplease.com/v/680562722
http://yespornplease.com/v/683510149
http://yespornplease.com/v/691089708
http://yespornplease.com/v/694089860
http://yespornplease.com/v/702360779
http://yespornplease.com/v/706672793
http://yespornplease.com/v/714970443
http://yespornplease.com/v/722454022
http://yespornplease.com/v/723108018
http://yespornplease.com/v/724393638
http://yespornplease.com/v/725158731
http://yespornplease.com/v/725804006
http://yespornplease.com/v/728307054
http://yespornplease.com/v/731255880
http://yespornplease.com/v/735416690
http://yespornplease.com/v/737453728
http://yespornplease.com/v/737963225
http://yespornplease.com/v/739732874

http://yespornplease.com/v/744556222
http://yespornplease.com/v/745961755
http://yespornplease.com/v/763882500
http://yespornplease.com/v/764013098
http://yespornplease.com/v/771047294
http://yespornplease.com/v/775077840
http://yespornplease.com/v/776999964
http://yespornplease.com/v/778920254
http://yespornplease.com/v/780661706
http://yespornplease.com/v/794434273
http://yespornplease.com/v/798019948
http://yespornplease.com/v/798334500
http://yespornplease.com/v/801288942
http://yespornplease.com/v/802964456
http://yespornplease.com/v/814060562
http://yespornplease.com/v/826131911
http://yespornplease.com/v/833051423
http://yespornplease.com/v/851221071
http://yespornplease.com/v/872823311
http://yespornplease.com/v/874637597
http://yespornplease.com/v/880857340
http://yespornplease.com/v/887500893
http://yespornplease.com/v/888611702
http://yespornplease.com/v/891284203
http://yespornplease.com/v/911846412
http://yespornplease.com/v/922931520
http://yespornplease.com/v/933676073
http://yespornplease.com/v/960356343
http://yespornplease.com/v/970521130
http://yespornplease.com/v/975499900
http://yespornplease.com/v/985816476
http://yespornplease.com/v/270179591
http://yespornplease.com/v/305960534
http://yespornplease.com/v/311869179
http://yespornplease.com/v/332682946
http://yespornplease.com/v/339860031
http://yespornplease.com/v/356312520
http://yespornplease.com/v/365254157
http://yespornplease.com/v/367613187
http://yespornplease.com/v/369569768
http://yespornplease.com/v/376313901
http://yespornplease.com/v/378832780
http://yespornplease.com/v/384030260
http://yespornplease.com/v/392569031
http://yespornplease.com/v/399178315
http://yespornplease.com/v/400710382
http://yespornplease.com/v/402474498
http://yespornplease.com/v/406776958
http://yespornplease.com/v/408538064
http://yespornplease.com/v/414499631
http://yespornplease.com/v/417399909

http://yespornplease.com/v/418050276
http://yespornplease.com/v/419571992
http://yespornplease.com/v/419702894
http://yespornplease.com/v/435092172
http://yespornplease.com/v/437360686
http://yespornplease.com/v/439333214
http://yespornplease.com/v/445057353
http://yespornplease.com/v/445384883
http://yespornplease.com/v/449218339
http://yespornplease.com/v/456244290
http://yespornplease.com/v/461439266
http://yespornplease.com/v/465136304
http://yespornplease.com/v/466269711
http://yespornplease.com/v/468889577
http://yespornplease.com/v/470747144
http://yespornplease.com/v/471581519
http://yespornplease.com/v/475454302
http://yespornplease.com/v/477947812
http://yespornplease.com/v/479967218
http://yespornplease.com/v/481212293
http://yespornplease.com/v/483174111
http://yespornplease.com/v/483354793
http://yespornplease.com/v/491500027
http://yespornplease.com/v/491563762
http://yespornplease.com/v/493806352
http://yespornplease.com/v/495711391
http://yespornplease.com/v/496558765
http://yespornplease.com/v/499060631
http://yespornplease.com/v/501369431
http://yespornplease.com/v/504909233
http://yespornplease.com/v/505273491
http://yespornplease.com/v/508837124
http://yespornplease.com/v/512112548
http://yespornplease.com/v/512521736
http://yespornplease.com/v/512728083
http://yespornplease.com/v/519679822
http://yespornplease.com/v/524509102
http://yespornplease.com/v/525332814
http://yespornplease.com/v/533340369
http://yespornplease.com/v/535367957
http://yespornplease.com/v/535877199
http://yespornplease.com/v/542024075
http://yespornplease.com/v/543892145
http://yespornplease.com/v/544126654
http://yespornplease.com/v/554335374
http://yespornplease.com/v/555946684
http://yespornplease.com/v/558398356
http://yespornplease.com/v/565396547
http://yespornplease.com/v/573021165
http://yespornplease.com/v/573768620
http://yespornplease.com/v/585090245

http://yespornplease.com/v/586769849
http://yespornplease.com/v/597354289
http://yespornplease.com/v/598239995
http://yespornplease.com/v/598309166
http://yespornplease.com/v/600223534
http://yespornplease.com/v/612375499
http://yespornplease.com/v/622544395
http://yespornplease.com/v/625644813
http://yespornplease.com/v/628852125
http://yespornplease.com/v/638556349
http://yespornplease.com/v/648511998
http://yespornplease.com/v/668576826
http://yespornplease.com/v/677462855
http://yespornplease.com/v/692825156
http://yespornplease.com/v/763831498
http://yespornplease.com/v/790861803
http://yespornplease.com/v/806828983
http://yespornplease.com/v/182127958
http://yespornplease.com/v/190559090
http://yespornplease.com/v/205541719
http://yespornplease.com/v/216554119
http://yespornplease.com/v/232758503
http://yespornplease.com/v/234416169
http://yespornplease.com/v/234692403
http://yespornplease.com/v/238801191
http://yespornplease.com/v/247335995
http://yespornplease.com/v/254205420
http://yespornplease.com/v/255763998
http://yespornplease.com/v/260340029
http://yespornplease.com/v/261624485
http://yespornplease.com/v/270492990
http://yespornplease.com/v/273554067
http://yespornplease.com/v/283554181
http://yespornplease.com/v/288877061
http://yespornplease.com/v/291591624
http://yespornplease.com/v/292379134
http://yespornplease.com/v/298937017
http://yespornplease.com/v/299818027
http://yespornplease.com/v/301696416
http://yespornplease.com/v/316031214
http://yespornplease.com/v/319313194
http://yespornplease.com/v/333866195
http://yespornplease.com/v/336896566
http://yespornplease.com/v/344698771
http://yespornplease.com/v/345672846
http://yespornplease.com/v/347146377
http://yespornplease.com/v/348329893
http://yespornplease.com/v/358143117
http://yespornplease.com/v/360761326
http://yespornplease.com/v/361873781
http://yespornplease.com/v/363290153

http://yespornplease.com/v/363693845
http://yespornplease.com/v/365972272
http://yespornplease.com/v/366722842
http://yespornplease.com/v/373018634
http://yespornplease.com/v/374702246
http://yespornplease.com/v/377613772
http://yespornplease.com/v/380846692
http://yespornplease.com/v/383346225
http://yespornplease.com/v/383810890
http://yespornplease.com/v/387062078
http://yespornplease.com/v/390710865
http://yespornplease.com/v/393630490
http://yespornplease.com/v/393775744
http://yespornplease.com/v/399608700
http://yespornplease.com/v/401333365
http://yespornplease.com/v/407186615
http://yespornplease.com/v/419045145
http://yespornplease.com/v/422070016
http://yespornplease.com/v/422174086
http://yespornplease.com/v/425355612
http://yespornplease.com/v/430388380
http://yespornplease.com/v/435518577
http://yespornplease.com/v/435610550
http://yespornplease.com/v/438783921
http://yespornplease.com/v/442497608
http://yespornplease.com/v/444440423
http://yespornplease.com/v/457803574
http://yespornplease.com/v/463427044
http://yespornplease.com/v/464042173
http://yespornplease.com/v/465443665
http://yespornplease.com/v/466485583
http://yespornplease.com/v/469820751
http://yespornplease.com/v/488127973
http://yespornplease.com/v/500028981
http://yespornplease.com/v/507205635
http://yespornplease.com/v/507821008
http://yespornplease.com/v/511660154
http://yespornplease.com/v/518353515
http://yespornplease.com/v/527784380
http://yespornplease.com/v/533555942
http://yespornplease.com/v/533625208
http://yespornplease.com/v/535647401
http://yespornplease.com/v/537258580
http://yespornplease.com/v/539203555
http://yespornplease.com/v/540777748
http://yespornplease.com/v/545009773
http://yespornplease.com/v/548260815
http://yespornplease.com/v/548474849
http://yespornplease.com/v/548610408
http://yespornplease.com/v/567355249
http://yespornplease.com/v/573147116

http://yespornplease.com/v/589343458
http://yespornplease.com/v/594043998
http://yespornplease.com/v/594742341
http://yespornplease.com/v/601471420
http://yespornplease.com/v/609227573
http://yespornplease.com/v/610507371
http://yespornplease.com/v/621170301
http://yespornplease.com/v/624925121
http://yespornplease.com/v/750679437
http://yespornplease.com/v/764047466
http://yespornplease.com/v/779940581
http://yespornplease.com/v/855522124
http://yespornplease.com/v/948474460
http://yespornplease.com/v/974163612
http://yespornplease.com/v/100212927
http://yespornplease.com/v/103286949
http://yespornplease.com/v/114449988
http://yespornplease.com/v/120068802
http://yespornplease.com/v/124119018
http://yespornplease.com/v/126427826
http://yespornplease.com/v/128053264
http://yespornplease.com/v/130260214
http://yespornplease.com/v/133895314
http://yespornplease.com/v/135695796
http://yespornplease.com/v/142536583
http://yespornplease.com/v/148356881
http://yespornplease.com/v/148463332
http://yespornplease.com/v/152514694
http://yespornplease.com/v/153255012
http://yespornplease.com/v/153565793
http://yespornplease.com/v/157490801
http://yespornplease.com/v/158651224
http://yespornplease.com/v/161037551
http://yespornplease.com/v/161153922
http://yespornplease.com/v/162709317
http://yespornplease.com/v/168492114
http://yespornplease.com/v/175417358
http://yespornplease.com/v/175510266
http://yespornplease.com/v/176125409
http://yespornplease.com/v/176807303
http://yespornplease.com/v/179479681
http://yespornplease.com/v/184038911
http://yespornplease.com/v/193645555
http://yespornplease.com/v/195789696
http://yespornplease.com/v/208603516
http://yespornplease.com/v/209014919
http://yespornplease.com/v/209879457
http://yespornplease.com/v/213891649
http://yespornplease.com/v/214865032
http://yespornplease.com/v/216391441
http://yespornplease.com/v/222253507

http://yespornplease.com/v/224098168
http://yespornplease.com/v/234098161
http://yespornplease.com/v/240279075
http://yespornplease.com/v/240880484
http://yespornplease.com/v/242053528
http://yespornplease.com/v/245863759
http://yespornplease.com/v/247141865
http://yespornplease.com/v/250972911
http://yespornplease.com/v/253365337
http://yespornplease.com/v/255968220
http://yespornplease.com/v/256741964
http://yespornplease.com/v/257509552
http://yespornplease.com/v/258516741
http://yespornplease.com/v/262337563
http://yespornplease.com/v/262655162
http://yespornplease.com/v/264478198
http://yespornplease.com/v/266974176
http://yespornplease.com/v/270272949
http://yespornplease.com/v/273120875
http://yespornplease.com/v/284618351
http://yespornplease.com/v/285628660
http://yespornplease.com/v/287362223
http://yespornplease.com/v/291185401
http://yespornplease.com/v/298639214
http://yespornplease.com/v/300006181
http://yespornplease.com/v/300441053
http://yespornplease.com/v/301775622
http://yespornplease.com/v/302271742
http://yespornplease.com/v/305813262
http://yespornplease.com/v/314992431
http://yespornplease.com/v/324163753
http://yespornplease.com/v/331658630
http://yespornplease.com/v/333079319
http://yespornplease.com/v/346004952
http://yespornplease.com/v/346183696
http://yespornplease.com/v/349742052
http://yespornplease.com/v/350465073
http://yespornplease.com/v/360196619
http://yespornplease.com/v/360731388
http://yespornplease.com/v/363465528
http://yespornplease.com/v/372295516
http://yespornplease.com/v/375731339
http://yespornplease.com/v/377355652
http://yespornplease.com/v/379445308
http://yespornplease.com/v/383231738
http://yespornplease.com/v/384338411
http://yespornplease.com/v/388568987
http://yespornplease.com/v/393691372
http://yespornplease.com/v/401091841
http://yespornplease.com/v/401718995
http://yespornplease.com/v/402609333

http://yespornplease.com/v/408697691
http://yespornplease.com/v/409525354
http://yespornplease.com/v/409750193
http://yespornplease.com/v/410328701
http://yespornplease.com/v/420248144
http://yespornplease.com/v/439744212
http://yespornplease.com/v/442795576
http://yespornplease.com/v/442808099
http://yespornplease.com/v/447613774
http://yespornplease.com/v/451029483
http://yespornplease.com/v/454166279
http://yespornplease.com/v/457345260
http://yespornplease.com/v/469993101
http://yespornplease.com/v/480921495
http://yespornplease.com/v/491193996
http://yespornplease.com/v/498900221
http://yespornplease.com/v/511675502
http://yespornplease.com/v/517172896
http://yespornplease.com/v/517803707
http://yespornplease.com/v/521796307
http://yespornplease.com/v/533290453
http://yespornplease.com/v/539255988
http://yespornplease.com/v/551654262
http://yespornplease.com/v/554154595
http://yespornplease.com/v/555912866
http://yespornplease.com/v/571931318
http://yespornplease.com/v/579510012
http://yespornplease.com/v/579543253
http://yespornplease.com/v/600520936
http://yespornplease.com/v/603038118
http://yespornplease.com/v/604860269
http://yespornplease.com/v/611391484
http://yespornplease.com/v/642299770
http://yespornplease.com/v/688452989
http://yespornplease.com/v/689365298
http://yespornplease.com/v/793213368
http://yespornplease.com/v/981077200
http://yespornplease.com/v/101447993
http://yespornplease.com/v/102662604
http://yespornplease.com/v/105679239
http://yespornplease.com/v/111794525
http://yespornplease.com/v/112434885
http://yespornplease.com/v/113044216
http://yespornplease.com/v/114157160
http://yespornplease.com/v/114863577
http://yespornplease.com/v/120817061
http://yespornplease.com/v/120897688
http://yespornplease.com/v/122675735
http://yespornplease.com/v/127048211
http://yespornplease.com/v/130531526
http://yespornplease.com/v/132263087

http://yespornplease.com/v/132921480
http://yespornplease.com/v/135198899
http://yespornplease.com/v/143283253
http://yespornplease.com/v/143524450
http://yespornplease.com/v/145016228
http://yespornplease.com/v/145493200
http://yespornplease.com/v/146437753
http://yespornplease.com/v/148579038
http://yespornplease.com/v/154033989
http://yespornplease.com/v/157464261
http://yespornplease.com/v/158053177
http://yespornplease.com/v/159262260
http://yespornplease.com/v/161735748
http://yespornplease.com/v/175212547
http://yespornplease.com/v/176787114
http://yespornplease.com/v/177883408
http://yespornplease.com/v/181723625
http://yespornplease.com/v/185146702
http://yespornplease.com/v/187534073
http://yespornplease.com/v/191122009
http://yespornplease.com/v/193261781
http://yespornplease.com/v/194885189
http://yespornplease.com/v/198123994
http://yespornplease.com/v/201874846
http://yespornplease.com/v/207344712
http://yespornplease.com/v/209661222
http://yespornplease.com/v/213464957
http://yespornplease.com/v/213852340
http://yespornplease.com/v/214119812
http://yespornplease.com/v/214409424
http://yespornplease.com/v/216547688
http://yespornplease.com/v/218520703
http://yespornplease.com/v/219037993
http://yespornplease.com/v/220087724
http://yespornplease.com/v/224015439
http://yespornplease.com/v/231476318
http://yespornplease.com/v/232406022
http://yespornplease.com/v/234795417
http://yespornplease.com/v/235437117
http://yespornplease.com/v/236941227
http://yespornplease.com/v/237750225
http://yespornplease.com/v/241993867
http://yespornplease.com/v/247335229
http://yespornplease.com/v/247762293
http://yespornplease.com/v/250487497
http://yespornplease.com/v/250842709
http://yespornplease.com/v/250933872
http://yespornplease.com/v/251346876
http://yespornplease.com/v/254309202
http://yespornplease.com/v/254914389
http://yespornplease.com/v/256371444

http://yespornplease.com/v/257482244
http://yespornplease.com/v/264667923
http://yespornplease.com/v/268975273
http://yespornplease.com/v/269644684
http://yespornplease.com/v/277028691
http://yespornplease.com/v/279449334
http://yespornplease.com/v/283166409
http://yespornplease.com/v/286411780
http://yespornplease.com/v/292786758
http://yespornplease.com/v/295172019
http://yespornplease.com/v/301196798
http://yespornplease.com/v/306274781
http://yespornplease.com/v/310357787
http://yespornplease.com/v/313668914
http://yespornplease.com/v/314921444
http://yespornplease.com/v/315237050
http://yespornplease.com/v/318294975
http://yespornplease.com/v/319474639
http://yespornplease.com/v/322191662
http://yespornplease.com/v/331448570
http://yespornplease.com/v/331522815
http://yespornplease.com/v/337562039
http://yespornplease.com/v/344731339
http://yespornplease.com/v/344902097
http://yespornplease.com/v/345578208
http://yespornplease.com/v/346292748
http://yespornplease.com/v/346699205
http://yespornplease.com/v/353269995
http://yespornplease.com/v/354154894
http://yespornplease.com/v/360301314
http://yespornplease.com/v/370183437
http://yespornplease.com/v/375191855
http://yespornplease.com/v/376511191
http://yespornplease.com/v/376926938
http://yespornplease.com/v/382506233
http://yespornplease.com/v/386878752
http://yespornplease.com/v/389093715
http://yespornplease.com/v/390913466
http://yespornplease.com/v/392677851
http://yespornplease.com/v/396609837
http://yespornplease.com/v/404093305
http://yespornplease.com/v/408465949
http://yespornplease.com/v/424124935
http://yespornplease.com/v/448981782
http://yespornplease.com/v/460951754
http://yespornplease.com/v/460958627
http://yespornplease.com/v/461804249
http://yespornplease.com/v/466539112
http://yespornplease.com/v/471904540
http://yespornplease.com/v/475604233
http://yespornplease.com/v/478369084

http://yespornplease.com/v/479698744
http://yespornplease.com/v/508932687
http://yespornplease.com/v/512267225
http://yespornplease.com/v/516035091
http://yespornplease.com/v/529628692
http://yespornplease.com/v/540006981
http://yespornplease.com/v/547463303
http://yespornplease.com/v/550385453
http://yespornplease.com/v/562985589
http://yespornplease.com/v/564657609
http://yespornplease.com/v/569776545
http://yespornplease.com/v/577294506
http://yespornplease.com/v/596400212
http://yespornplease.com/v/596573282
http://yespornplease.com/v/601778146
http://yespornplease.com/v/605299055
http://yespornplease.com/v/605691081
http://yespornplease.com/v/610572186
http://yespornplease.com/v/613196031
http://yespornplease.com/v/632049782
http://yespornplease.com/v/633256454
http://yespornplease.com/v/649036332
http://yespornplease.com/v/666251658
http://yespornplease.com/v/683011493
http://yespornplease.com/v/687079186
http://yespornplease.com/v/704879117
http://yespornplease.com/v/723707123
http://yespornplease.com/v/732589333
http://yespornplease.com/v/740011441
http://yespornplease.com/v/757610662
http://yespornplease.com/v/773283316
http://yespornplease.com/v/776372972
http://yespornplease.com/v/784032329
http://yespornplease.com/v/789072427
http://yespornplease.com/v/824294893
http://yespornplease.com/v/839801409
http://yespornplease.com/v/843320540
http://yespornplease.com/v/851680235
http://yespornplease.com/v/854124416
http://yespornplease.com/v/858784944
http://yespornplease.com/v/862505767
http://yespornplease.com/v/874504974
http://yespornplease.com/v/880957665
http://yespornplease.com/v/897011374
http://yespornplease.com/v/928713148
http://yespornplease.com/v/933726377
http://yespornplease.com/v/940814742
http://yespornplease.com/v/969471449
http://yespornplease.com/v/977828087
http://yespornplease.com/v/984524135
http://yespornplease.com/v/108358674

http://yespornplease.com/v/109623909
http://yespornplease.com/v/113140921
http://yespornplease.com/v/115072523
http://yespornplease.com/v/116240162
http://yespornplease.com/v/116654356
http://yespornplease.com/v/119148473
http://yespornplease.com/v/119435449
http://yespornplease.com/v/122255075
http://yespornplease.com/v/124801425
http://yespornplease.com/v/128218357
http://yespornplease.com/v/138095924
http://yespornplease.com/v/139448494
http://yespornplease.com/v/139569134
http://yespornplease.com/v/144017930
http://yespornplease.com/v/150498710
http://yespornplease.com/v/156975239
http://yespornplease.com/v/162018799
http://yespornplease.com/v/165035726
http://yespornplease.com/v/166482710
http://yespornplease.com/v/168251568
http://yespornplease.com/v/170765774
http://yespornplease.com/v/175738750
http://yespornplease.com/v/176928656
http://yespornplease.com/v/182140339
http://yespornplease.com/v/182233412
http://yespornplease.com/v/186609574
http://yespornplease.com/v/188120134
http://yespornplease.com/v/192081185
http://yespornplease.com/v/211851875
http://yespornplease.com/v/219107492
http://yespornplease.com/v/250147139
http://yespornplease.com/v/253756881
http://yespornplease.com/v/279686503
http://yespornplease.com/v/281676863
http://yespornplease.com/v/288007082
http://yespornplease.com/v/297154702
http://yespornplease.com/v/307125739
http://yespornplease.com/v/312967751
http://yespornplease.com/v/313363444
http://yespornplease.com/v/314622518
http://yespornplease.com/v/322148704
http://yespornplease.com/v/329011239
http://yespornplease.com/v/333008727
http://yespornplease.com/v/335929339
http://yespornplease.com/v/341234278
http://yespornplease.com/v/342733672
http://yespornplease.com/v/357050197
http://yespornplease.com/v/408946519
http://yespornplease.com/v/411900203
http://yespornplease.com/v/432737235
http://yespornplease.com/v/444201562

http://yespornplease.com/v/445201986
http://yespornplease.com/v/454374043
http://yespornplease.com/v/456390301
http://yespornplease.com/v/465866451
http://yespornplease.com/v/481759423
http://yespornplease.com/v/517120872
http://yespornplease.com/v/518168614
http://yespornplease.com/v/523630916
http://yespornplease.com/v/552494063
http://yespornplease.com/v/592563749
http://yespornplease.com/v/615692064
http://yespornplease.com/v/625765416
http://yespornplease.com/v/636954615
http://yespornplease.com/v/658904035
http://yespornplease.com/v/662280472
http://yespornplease.com/v/673371332
http://yespornplease.com/v/675694746
http://yespornplease.com/v/686099724
http://yespornplease.com/v/691769701
http://yespornplease.com/v/711156540
http://yespornplease.com/v/723944436
http://yespornplease.com/v/752212671
http://yespornplease.com/v/760009557
http://yespornplease.com/v/793779296
http://yespornplease.com/v/799214110
http://yespornplease.com/v/809435246
http://yespornplease.com/v/810177502
http://yespornplease.com/v/842998721
http://yespornplease.com/v/846772575
http://yespornplease.com/v/852727815
http://yespornplease.com/v/858181418
http://yespornplease.com/v/884162550
http://yespornplease.com/v/888066838
http://yespornplease.com/v/896288881
http://yespornplease.com/v/904936425
http://yespornplease.com/v/936838863
http://yespornplease.com/v/959702311
http://yespornplease.com/v/968638163
http://yespornplease.com/v/975051379
http://yespornplease.com/v/976059478
http://yespornplease.com/v/981083293
http://yespornplease.com/v/981320757
http://yespornplease.com/v/101413073
http://yespornplease.com/v/139487617
http://yespornplease.com/v/142504887
http://yespornplease.com/v/160586351
http://yespornplease.com/v/166811168
http://yespornplease.com/v/174766841
http://yespornplease.com/v/194453601
http://yespornplease.com/v/257626952
http://yespornplease.com/v/271704604

http://yespornplease.com/v/296645712
http://yespornplease.com/v/301499743
http://yespornplease.com/v/319887557
http://yespornplease.com/v/332944090
http://yespornplease.com/v/336633862
http://yespornplease.com/v/356464426
http://yespornplease.com/v/365529760
http://yespornplease.com/v/431569015
http://yespornplease.com/v/446087748
http://yespornplease.com/v/479443125
http://yespornplease.com/v/508639187
http://yespornplease.com/v/509135667
http://yespornplease.com/v/538139635
http://yespornplease.com/v/541470959
http://yespornplease.com/v/543196770
http://yespornplease.com/v/545449234
http://yespornplease.com/v/598687909
http://yespornplease.com/v/607559600
http://yespornplease.com/v/632698732
http://yespornplease.com/v/671676456
http://yespornplease.com/v/688395761
http://yespornplease.com/v/700029273
http://yespornplease.com/v/734133390
http://yespornplease.com/v/743540156
http://yespornplease.com/v/745912199
http://yespornplease.com/v/752823927
http://yespornplease.com/v/778884108
http://yespornplease.com/v/808927382
http://yespornplease.com/v/823210219
http://yespornplease.com/v/913565851
http://yespornplease.com/v/938265124
http://yespornplease.com/v/970653216
http://yespornplease.com/v/987194311
http://yespornplease.com/v/207257139
http://yespornplease.com/v/598928122
http://yespornplease.com/v/636987168
http://yespornplease.com/v/670942891
http://yespornplease.com/v/871116014
http://yespornplease.com/v/896375540
http://yespornplease.com/v/900481061
http://yespornplease.com/v/902886758
http://yespornplease.com/v/103783263
http://yespornplease.com/v/240945262
http://yespornplease.com/v/259104456
http://yespornplease.com/v/298034410
http://yespornplease.com/v/322693527
http://yespornplease.com/v/363058440
http://yespornplease.com/v/400924132
http://yespornplease.com/v/494255091
http://yespornplease.com/v/608801310
http://yespornplease.com/v/662585278

http://yespornplease.com/v/705471501
http://yespornplease.com/v/896634994
http://yespornplease.com/v/364626624
http://yespornplease.com/v/391980623
http://yespornplease.com/v/649670585
http://yespornplease.com/v/661187404
http://yespornplease.com/v/853951955
http://yespornplease.com/v/874215263
http://yespornplease.com/v/635296970
http://yespornplease.com/v/804646331
http://yespornplease.com/v/170357131
http://yespornplease.com/v/440337889
http://yespornplease.com/v/528145601
http://yespornplease.com/v/599421565
http://yespornplease.com/v/678838131
http://yespornplease.com/v/727616573
http://yespornplease.com/v/868379689
http://yespornplease.com/v/878362460
http://yespornplease.com/v/194397943
http://yespornplease.com/v/250045127
http://yespornplease.com/v/381680085
http://yespornplease.com/v/485007230
http://yespornplease.com/v/524531099
http://yespornplease.com/v/695851154
http://yespornplease.com/v/791205305
http://yespornplease.com/v/816296652
http://yespornplease.com/v/848769932
http://yespornplease.com/v/851485671
http://yespornplease.com/v/924327160
http://yespornplease.com/v/968511821
http://yespornplease.com/v/302072359
http://yespornplease.com/v/643712927
http://yespornplease.com/v/886895774
http://yespornplease.com/v/111607127
http://yespornplease.com/v/113804445
http://yespornplease.com/v/145830888
http://yespornplease.com/v/154991124
http://yespornplease.com/v/174897629
http://yespornplease.com/v/190347920
http://yespornplease.com/v/192331798
http://yespornplease.com/v/309029317
http://yespornplease.com/v/317060345
http://yespornplease.com/v/374067039
http://yespornplease.com/v/385994562
http://yespornplease.com/v/399855711
http://yespornplease.com/v/400782157
http://yespornplease.com/v/455631942
http://yespornplease.com/v/530829737
http://yespornplease.com/v/680534949
http://yespornplease.com/v/755827899
http://yespornplease.com/v/790752565

http://yespornplease.com/v/814353435
http://yespornplease.com/v/832981440
http://yespornplease.com/v/897683099
http://yespornplease.com/v/961331810
http://yespornplease.com/v/997964066
http://yespornplease.com/v/790345416
http://yespornplease.com/v/173205528
http://yespornplease.com/v/200876282
http://yespornplease.com/v/235788118
http://yespornplease.com/v/261657733
http://yespornplease.com/v/266315712
http://yespornplease.com/v/290218401
http://yespornplease.com/v/345900120
http://yespornplease.com/v/355493685
http://yespornplease.com/v/363701522
http://yespornplease.com/v/382126626
http://yespornplease.com/v/389527261
http://yespornplease.com/v/395400554
http://yespornplease.com/v/405599827
http://yespornplease.com/v/407890316
http://yespornplease.com/v/423875072
http://yespornplease.com/v/426940733
http://yespornplease.com/v/429405005
http://yespornplease.com/v/430150598
http://yespornplease.com/v/436926647
http://yespornplease.com/v/477290034
http://yespornplease.com/v/482141956
http://yespornplease.com/v/491460615
http://yespornplease.com/v/492183581
http://yespornplease.com/v/498059664
http://yespornplease.com/v/502131095
http://yespornplease.com/v/509860051
http://yespornplease.com/v/513375581
http://yespornplease.com/v/514593077
http://yespornplease.com/v/514669603
http://yespornplease.com/v/521242401
http://yespornplease.com/v/522653092
http://yespornplease.com/v/528233424
http://yespornplease.com/v/529159645
http://yespornplease.com/v/547662204
http://yespornplease.com/v/552608273
http://yespornplease.com/v/553248000
http://yespornplease.com/v/555354808
http://yespornplease.com/v/561903889
http://yespornplease.com/v/581817714
http://yespornplease.com/v/590638398
http://yespornplease.com/v/592808498
http://yespornplease.com/v/599523656
http://yespornplease.com/v/605018552
http://yespornplease.com/v/608198790
http://yespornplease.com/v/612354291

http://yespornplease.com/v/613381111
http://yespornplease.com/v/620209081
http://yespornplease.com/v/620753353
http://yespornplease.com/v/623074161
http://yespornplease.com/v/629746958
http://yespornplease.com/v/641081947
http://yespornplease.com/v/664018212
http://yespornplease.com/v/665198769
http://yespornplease.com/v/669729034
http://yespornplease.com/v/685403296
http://yespornplease.com/v/685770818
http://yespornplease.com/v/690341167
http://yespornplease.com/v/698307310
http://yespornplease.com/v/702186219
http://yespornplease.com/v/703829371
http://yespornplease.com/v/704153005
http://yespornplease.com/v/709178553
http://yespornplease.com/v/709950607
http://yespornplease.com/v/712572902
http://yespornplease.com/v/714309443
http://yespornplease.com/v/716068109
http://yespornplease.com/v/716967316
http://yespornplease.com/v/718964615
http://yespornplease.com/v/721379368
http://yespornplease.com/v/723892631
http://yespornplease.com/v/741498750
http://yespornplease.com/v/748221737
http://yespornplease.com/v/751621632
http://yespornplease.com/v/763051157
http://yespornplease.com/v/770386987
http://yespornplease.com/v/771552114
http://yespornplease.com/v/771703003
http://yespornplease.com/v/773262099
http://yespornplease.com/v/776739744
http://yespornplease.com/v/779495527
http://yespornplease.com/v/779749969
http://yespornplease.com/v/781387156
http://yespornplease.com/v/782162628
http://yespornplease.com/v/782331393
http://yespornplease.com/v/787069297
http://yespornplease.com/v/797985953
http://yespornplease.com/v/809057224
http://yespornplease.com/v/815065723
http://yespornplease.com/v/819420777
http://yespornplease.com/v/820667241
http://yespornplease.com/v/827667150
http://yespornplease.com/v/831415024
http://yespornplease.com/v/843649426
http://yespornplease.com/v/848278698
http://yespornplease.com/v/855634431
http://yespornplease.com/v/856014784

http://yespornplease.com/v/859932884
http://yespornplease.com/v/860044763
http://yespornplease.com/v/860500606
http://yespornplease.com/v/875591242
http://yespornplease.com/v/876753250
http://yespornplease.com/v/880953400
http://yespornplease.com/v/885284147
http://yespornplease.com/v/892166356
http://yespornplease.com/v/895843413
http://yespornplease.com/v/897409654
http://yespornplease.com/v/898749097
http://yespornplease.com/v/901525959
http://yespornplease.com/v/902808552
http://yespornplease.com/v/904613492
http://yespornplease.com/v/920731410
http://yespornplease.com/v/926601293
http://yespornplease.com/v/930704274
http://yespornplease.com/v/937940637
http://yespornplease.com/v/949701884
http://yespornplease.com/v/950616113
http://yespornplease.com/v/957254229
http://yespornplease.com/v/958627935
http://yespornplease.com/v/959622703
http://yespornplease.com/v/966901297
http://yespornplease.com/v/969764251
http://yespornplease.com/v/972761770
http://yespornplease.com/v/988598759
http://yespornplease.com/v/998711205
http://yespornplease.com/v/103104941
http://yespornplease.com/v/108896890
http://yespornplease.com/v/116956284
http://yespornplease.com/v/118328994
http://yespornplease.com/v/119145941
http://yespornplease.com/v/126042708
http://yespornplease.com/v/139007436
http://yespornplease.com/v/140086576
http://yespornplease.com/v/142216810
http://yespornplease.com/v/144253593
http://yespornplease.com/v/148534424
http://yespornplease.com/v/151413796
http://yespornplease.com/v/153643608
http://yespornplease.com/v/156540887
http://yespornplease.com/v/157852049
http://yespornplease.com/v/159561085
http://yespornplease.com/v/164714599
http://yespornplease.com/v/166707343
http://yespornplease.com/v/170831721
http://yespornplease.com/v/172541785
http://yespornplease.com/v/174233230
http://yespornplease.com/v/183092650
http://yespornplease.com/v/186620905

http://yespornplease.com/v/194055213
http://yespornplease.com/v/202573309
http://yespornplease.com/v/204909384
http://yespornplease.com/v/207350772
http://yespornplease.com/v/209608553
http://yespornplease.com/v/217397077
http://yespornplease.com/v/217440033
http://yespornplease.com/v/226641932
http://yespornplease.com/v/234015560
http://yespornplease.com/v/237521499
http://yespornplease.com/v/238774125
http://yespornplease.com/v/242268143
http://yespornplease.com/v/246208703
http://yespornplease.com/v/246651508
http://yespornplease.com/v/248354517
http://yespornplease.com/v/254050730
http://yespornplease.com/v/255480284
http://yespornplease.com/v/258696838
http://yespornplease.com/v/263234430
http://yespornplease.com/v/265969615
http://yespornplease.com/v/271276073
http://yespornplease.com/v/272658150
http://yespornplease.com/v/273803672
http://yespornplease.com/v/275166652
http://yespornplease.com/v/280853581
http://yespornplease.com/v/286554584
http://yespornplease.com/v/293311931
http://yespornplease.com/v/308552218
http://yespornplease.com/v/311858739
http://yespornplease.com/v/311955194
http://yespornplease.com/v/313488012
http://yespornplease.com/v/317043247
http://yespornplease.com/v/326074778
http://yespornplease.com/v/327028422
http://yespornplease.com/v/330580173
http://yespornplease.com/v/331963869
http://yespornplease.com/v/332717699
http://yespornplease.com/v/336856260
http://yespornplease.com/v/339773688
http://yespornplease.com/v/344614787
http://yespornplease.com/v/366753907
http://yespornplease.com/v/366857155
http://yespornplease.com/v/373103268
http://yespornplease.com/v/380447875
http://yespornplease.com/v/383213372
http://yespornplease.com/v/386042603
http://yespornplease.com/v/394505002
http://yespornplease.com/v/415738860
http://yespornplease.com/v/419804388
http://yespornplease.com/v/420493545
http://yespornplease.com/v/421729447

http://yespornplease.com/v/424741846
http://yespornplease.com/v/434562818
http://yespornplease.com/v/441371035
http://yespornplease.com/v/444928913
http://yespornplease.com/v/460664331
http://yespornplease.com/v/462852186
http://yespornplease.com/v/465697099
http://yespornplease.com/v/468673513
http://yespornplease.com/v/469607162
http://yespornplease.com/v/472365962
http://yespornplease.com/v/477464907
http://yespornplease.com/v/485736849
http://yespornplease.com/v/486990050
http://yespornplease.com/v/487514766
http://yespornplease.com/v/487673844
http://yespornplease.com/v/488582742
http://yespornplease.com/v/493817192
http://yespornplease.com/v/496461738
http://yespornplease.com/v/503858599
http://yespornplease.com/v/505798743
http://yespornplease.com/v/507055384
http://yespornplease.com/v/511613948
http://yespornplease.com/v/513913577
http://yespornplease.com/v/532651312
http://yespornplease.com/v/546618505
http://yespornplease.com/v/546850862
http://yespornplease.com/v/547886295
http://yespornplease.com/v/559181471
http://yespornplease.com/v/562559530
http://yespornplease.com/v/564926364
http://yespornplease.com/v/566292662
http://yespornplease.com/v/574999998
http://yespornplease.com/v/576023826
http://yespornplease.com/v/586284698
http://yespornplease.com/v/587610049
http://yespornplease.com/v/588602320
http://yespornplease.com/v/591377614
http://yespornplease.com/v/596138383
http://yespornplease.com/v/598464582
http://yespornplease.com/v/621946056
http://yespornplease.com/v/628303137
http://yespornplease.com/v/628397314
http://yespornplease.com/v/631444125
http://yespornplease.com/v/633698699
http://yespornplease.com/v/636013545
http://yespornplease.com/v/641515309
http://yespornplease.com/v/653326085
http://yespornplease.com/v/653782744
http://yespornplease.com/v/656242555
http://yespornplease.com/v/672585200
http://yespornplease.com/v/673284900

http://yespornplease.com/v/673488556
http://yespornplease.com/v/678430901
http://yespornplease.com/v/683995078
http://yespornplease.com/v/686479770
http://yespornplease.com/v/695925143
http://yespornplease.com/v/700082690
http://yespornplease.com/v/707776657
http://yespornplease.com/v/708159253
http://yespornplease.com/v/708875108
http://yespornplease.com/v/719293056
http://yespornplease.com/v/724797537
http://yespornplease.com/v/727763422
http://yespornplease.com/v/733103792
http://yespornplease.com/v/736946804
http://yespornplease.com/v/743371954
http://yespornplease.com/v/749716313
http://yespornplease.com/v/753336674
http://yespornplease.com/v/762881910
http://yespornplease.com/v/776419295
http://yespornplease.com/v/782098675
http://yespornplease.com/v/785323156
http://yespornplease.com/v/787799674
http://yespornplease.com/v/793006817
http://yespornplease.com/v/806368863
http://yespornplease.com/v/812847598
http://yespornplease.com/v/815661447
http://yespornplease.com/v/820491067
http://yespornplease.com/v/821330181
http://yespornplease.com/v/822957167
http://yespornplease.com/v/825110338
http://yespornplease.com/v/826111722
http://yespornplease.com/v/828773226
http://yespornplease.com/v/830874833
http://yespornplease.com/v/839019927
http://yespornplease.com/v/841735470
http://yespornplease.com/v/844667208
http://yespornplease.com/v/847832034
http://yespornplease.com/v/850068569
http://yespornplease.com/v/865505644
http://yespornplease.com/v/874849317
http://yespornplease.com/v/876352032
http://yespornplease.com/v/887252108
http://yespornplease.com/v/907411306
http://yespornplease.com/v/915687384
http://yespornplease.com/v/920498428
http://yespornplease.com/v/924458697
http://yespornplease.com/v/928279602
http://yespornplease.com/v/939985409
http://yespornplease.com/v/943848273
http://yespornplease.com/v/947703240
http://yespornplease.com/v/948127621

http://yespornplease.com/v/955935150
http://yespornplease.com/v/994900396
http://yespornplease.com/v/999166849
http://yespornplease.com/v/117646013
http://yespornplease.com/v/125613898
http://yespornplease.com/v/132352048
http://yespornplease.com/v/132495927
http://yespornplease.com/v/144941538
http://yespornplease.com/v/150749216
http://yespornplease.com/v/151727688
http://yespornplease.com/v/168219617
http://yespornplease.com/v/193496961
http://yespornplease.com/v/208158830
http://yespornplease.com/v/220461267
http://yespornplease.com/v/223274355
http://yespornplease.com/v/231037137
http://yespornplease.com/v/236963690
http://yespornplease.com/v/239224284
http://yespornplease.com/v/241364575
http://yespornplease.com/v/247652442
http://yespornplease.com/v/248489352
http://yespornplease.com/v/259023877
http://yespornplease.com/v/260081273
http://yespornplease.com/v/261485392
http://yespornplease.com/v/282240172
http://yespornplease.com/v/282888274
http://yespornplease.com/v/293146351
http://yespornplease.com/v/294165456
http://yespornplease.com/v/298471124
http://yespornplease.com/v/298491598
http://yespornplease.com/v/298688052
http://yespornplease.com/v/306532060
http://yespornplease.com/v/307405854
http://yespornplease.com/v/328253457
http://yespornplease.com/v/329201844
http://yespornplease.com/v/348743019
http://yespornplease.com/v/350585581
http://yespornplease.com/v/351521402
http://yespornplease.com/v/355326113
http://yespornplease.com/v/366996903
http://yespornplease.com/v/368747793
http://yespornplease.com/v/368852628
http://yespornplease.com/v/391928691
http://yespornplease.com/v/396779730
http://yespornplease.com/v/729515594
http://yespornplease.com/v/997875409
http://yespornplease.com/v/106342749
http://yespornplease.com/v/327487296
http://yespornplease.com/v/130725942
http://yespornplease.com/v/406975155
http://yespornplease.com/v/560966738

http://yespornplease.com/v/238142384
http://yespornplease.com/v/395849017
http://yespornplease.com/v/474779118
http://yespornplease.com/v/290094464
http://yespornplease.com/v/305926885
http://yespornplease.com/v/980417593
http://yespornplease.com/v/233126835
http://yespornplease.com/v/504720577
http://yespornplease.com/v/863859672
http://yespornplease.com/v/462835271
http://yespornplease.com/v/959826168
http://yespornplease.com/v/132040619
http://yespornplease.com/v/202430456
http://yespornplease.com/v/218489747
http://yespornplease.com/v/787396726
http://yespornplease.com/v/113727977
http://yespornplease.com/v/156477763
http://yespornplease.com/v/535864133
http://yespornplease.com/v/129894846
http://yespornplease.com/v/977246213
http://yespornplease.com/v/540472360
http://yespornplease.com/v/627045024
http://yespornplease.com/v/744586095
http://yespornplease.com/v/749204651
http://yespornplease.com/v/960546209
http://yespornplease.com/v/550053031
http://yespornplease.com/v/602933494
http://yespornplease.com/v/681534616
http://yespornplease.com/v/595614745
http://yespornplease.com/v/596016714
http://yespornplease.com/v/758431966
http://yespornplease.com/v/977892399
http://yespornplease.com/v/235958131
http://yespornplease.com/v/342494369
http://yespornplease.com/v/628246044
http://yespornplease.com/v/732198978
http://yespornplease.com/v/793854359
http://yespornplease.com/v/318453018
http://yespornplease.com/v/643403230
http://yespornplease.com/v/654048695
http://yespornplease.com/v/127639174
http://yespornplease.com/v/509904136
http://yespornplease.com/v/721736317
http://yespornplease.com/v/851455177
http://yespornplease.com/v/963739356
http://yespornplease.com/v/218147052
http://yespornplease.com/v/686782106
http://yespornplease.com/v/156510475
http://yespornplease.com/v/420192064
http://yespornplease.com/v/472539034
http://yespornplease.com/v/124408816

http://yespornplease.com/v/915328169
http://yespornplease.com/v/363591794
http://yespornplease.com/v/605646874
http://yespornplease.com/v/910873796
http://yespornplease.com/v/326811439
http://yespornplease.com/v/380941629
http://yespornplease.com/v/385058959
http://yespornplease.com/v/961112199
http://yespornplease.com/v/588529893
http://yespornplease.com/v/665625073
http://yespornplease.com/v/268230383
http://yespornplease.com/v/424108213
http://yespornplease.com/v/225465350
http://yespornplease.com/v/395138718
http://yespornplease.com/v/534029394
http://yespornplease.com/v/540217041
http://yespornplease.com/v/195396102
http://yespornplease.com/v/331976128
http://yespornplease.com/v/718754822
http://yespornplease.com/v/560521687
http://yespornplease.com/v/875277934
http://yespornplease.com/v/925402279
http://yespornplease.com/v/299370260
http://yespornplease.com/v/341633241
http://yespornplease.com/v/826940711
http://yespornplease.com/v/935569019
http://yespornplease.com/v/467339807
http://yespornplease.com/v/537195580
http://yespornplease.com/v/991303611
http://yespornplease.com/v/945880642
http://yespornplease.com/v/966619871
http://yespornplease.com/v/184071567
http://yespornplease.com/v/274323808
http://yespornplease.com/v/333749733
http://yespornplease.com/v/973371231
http://yespornplease.com/v/546875806
http://yespornplease.com/v/633802143
http://yespornplease.com/v/680922951
http://yespornplease.com/v/800579322
http://yespornplease.com/v/964862986
http://yespornplease.com/v/731240954
http://yespornplease.com/v/178700366
http://yespornplease.com/v/263903379
http://yespornplease.com/v/354168211
http://yespornplease.com/v/364285983
http://yespornplease.com/v/448494672
http://yespornplease.com/v/627426947
http://yespornplease.com/v/666017187
http://yespornplease.com/v/753513189
http://yespornplease.com/v/954722350
http://yespornplease.com/v/218594323

http://yespornplease.com/v/326432046
http://yespornplease.com/v/440740849
http://yespornplease.com/v/151009329
http://yespornplease.com/v/239822971
http://yespornplease.com/v/270576374
http://yespornplease.com/v/336408092
http://yespornplease.com/v/598883606
http://yespornplease.com/v/600023173
http://yespornplease.com/v/704421316
http://yespornplease.com/v/293076196
http://yespornplease.com/v/360455811
http://yespornplease.com/v/734838606
http://yespornplease.com/v/782672095
http://yespornplease.com/v/986612174
http://yespornplease.com/v/515666883
http://yespornplease.com/v/846918825
http://yespornplease.com/v/334062971
http://yespornplease.com/v/716692858
http://yespornplease.com/v/241484733
http://yespornplease.com/v/464091574
http://yespornplease.com/v/819186605
http://yespornplease.com/v/128701636
http://yespornplease.com/v/861321875
http://yespornplease.com/v/954104866
http://yespornplease.com/v/133702519
http://yespornplease.com/v/714263361
http://yespornplease.com/v/106445500
http://yespornplease.com/v/453234986
http://yespornplease.com/v/877424534
http://yespornplease.com/v/147713493
http://yespornplease.com/v/334894498
http://yespornplease.com/v/359694475
http://yespornplease.com/v/352489241
http://yespornplease.com/v/391878774
http://yespornplease.com/v/794327053
http://yespornplease.com/v/825880943
http://yespornplease.com/v/165922586
http://yespornplease.com/v/188726697
http://yespornplease.com/v/440843551
http://yespornplease.com/v/562664157
http://yespornplease.com/v/934755242
http://yespornplease.com/v/576305557
http://yespornplease.com/v/428938594
http://yespornplease.com/v/509871182
http://yespornplease.com/v/836104918
http://yespornplease.com/v/678543871
https://yespornplease.com/v/102295048
https://yespornplease.com/v/744427230
http://yespornplease.com/v/885254366
https://yespornplease.com/v/361830991
https://yespornplease.com/v/348423812

https://yespornplease.com/v/275290258
https://yespornplease.com/v/297122491
https://yespornplease.com/v/828670039
https://yespornplease.com/v/238580657
https://yespornplease.com/v/746458835
https://yespornplease.com/v/875208866
https://yespornplease.com/v/933893557
http://yespornplease.com/v/488248143
https://yespornplease.com/v/467499157
http://yespornplease.com/v/578795380
http://yespornplease.com/v/615686754
https://yespornplease.com/v/706606657
https://yespornplease.com/v/964743744
https://yespornplease.com/v/606450998
https://yespornplease.com/v/674100946
https://yespornplease.com/v/915929722
https://yespornplease.com/v/498284963
https://yespornplease.com/v/484934836
https://yespornplease.com/v/645079503
https://yespornplease.com/v/262709413
https://yespornplease.com/v/506447432
https://yespornplease.com/v/885910557
https://yespornplease.com/v/697026733
https://yespornplease.com/v/842096349
https://yespornplease.com/v/856381186
http://yespornplease.com/v/705281301
https://yespornplease.com/v/305947420
https://yespornplease.com/v/642554367
https://yespornplease.com/v/873511769
https://yespornplease.com/v/931046371
https://yespornplease.com/v/108343000
http://yespornplease.com/v/302971150
http://yespornplease.com/v/665683837
https://yespornplease.com/v/289264656
https://yespornplease.com/v/432209901
http://yespornplease.com/v/673188592
http://yespornplease.com/v/974204537
https://yespornplease.com/v/382466082
https://yespornplease.com/v/595332621
https://yespornplease.com/v/942036803
https://yespornplease.com/v/961327350
https://yespornplease.com/v/974891223
https://yespornplease.com/v/413973483
https://yespornplease.com/v/559801801
https://yespornplease.com/v/637210794
https://yespornplease.com/v/723439720
https://yespornplease.com/v/726023826
https://yespornplease.com/v/961528260
https://yespornplease.com/v/297258376
https://yespornplease.com/v/371965385
https://yespornplease.com/v/553705596

https://yespornplease.com/v/917220905
https://yespornplease.com/v/213301516
https://yespornplease.com/v/505650997
https://yespornplease.com/v/609553839
https://yespornplease.com/v/653384773
https://yespornplease.com/v/758714551
http://yespornplease.com/v/787951357
https://yespornplease.com/v/249717132
https://yespornplease.com/v/645674853
http://yespornplease.com/v/817666482
http://yespornplease.com/v/752154358
https://yespornplease.com/v/379774786
https://yespornplease.com/v/466321112
https://yespornplease.com/v/615426276
https://yespornplease.com/v/639700143
https://yespornplease.com/v/733355059
https://yespornplease.com/v/830812139
https://yespornplease.com/v/886255346
https://yespornplease.com/v/925400234
https://yespornplease.com/v/633855306
http://yespornplease.com/v/434413499
http://yespornplease.com/v/479973995
http://yespornplease.com/v/517514085
https://yespornplease.com/v/190560176
https://yespornplease.com/v/679157840
https://yespornplease.com/v/142989771
https://yespornplease.com/v/554848226
https://yespornplease.com/v/675361691
https://yespornplease.com/v/840429072
https://yespornplease.com/v/970967464
https://yespornplease.com/v/481819521
http://yespornplease.com/v/140811734
http://yespornplease.com/v/959559307
https://yespornplease.com/v/261810225
http://yespornplease.com/v/201033028
http://yespornplease.com/v/828271012
http://yespornplease.com/v/867550476
http://yespornplease.com/v/958629944
https://yespornplease.com/v/145377188
https://yespornplease.com/v/310465380
http://yespornplease.com/v/111001246
http://yespornplease.com/v/340946982
http://yespornplease.com/v/918797130
http://yespornplease.com/v/541138048
http://yespornplease.com/v/873306100
https://yespornplease.com/v/339844374
https://yespornplease.com/v/493258980
https://yespornplease.com/v/954885646
http://yespornplease.com/v/105726012
http://yespornplease.com/v/413925721
http://yespornplease.com/v/954036637

http://yespornplease.com/v/628667715
http://yespornplease.com/v/810162112
https://yespornplease.com/v/338793987
https://yespornplease.com/v/630979242
http://yespornplease.com/v/336686247
http://yespornplease.com/v/576187110
http://yespornplease.com/v/562772630
https://yespornplease.com/v/118562556
https://yespornplease.com/v/326086718
https://yespornplease.com/v/538224796
https://yespornplease.com/v/682970539
http://yespornplease.com/v/521371336
https://yespornplease.com/v/151183510
http://yespornplease.com/v/889312354
https://yespornplease.com/v/432044550
http://yespornplease.com/v/141427664
http://yespornplease.com/v/278360098
http://yespornplease.com/v/499257972
http://yespornplease.com/v/435418230
http://yespornplease.com/v/879127363
https://yespornplease.com/v/754856977
https://yespornplease.com/v/822520644
https://yespornplease.com/v/881113320
https://yespornplease.com/v/167224520
https://yespornplease.com/v/819012907
https://yespornplease.com/v/527772062
https://yespornplease.com/v/412007938
https://yespornplease.com/v/527212334
http://yespornplease.com/v/240551278
https://yespornplease.com/v/592621467
http://yespornplease.com/v/498630604
http://yespornplease.com/v/875655173
https://yespornplease.com/v/276744357
https://yespornplease.com/v/520752257
https://yespornplease.com/v/532807429
https://yespornplease.com/v/653810382
https://yespornplease.com/v/326534244
https://yespornplease.com/v/331244312
https://yespornplease.com/v/340452557
https://yespornplease.com/v/652444993
https://yespornplease.com/v/754843399
http://yespornplease.com/v/609589208
https://yespornplease.com/v/499154740
https://yespornplease.com/v/500871758
https://yespornplease.com/v/727253803
https://yespornplease.com/v/984298160
https://yespornplease.com/v/344483550
https://yespornplease.com/v/803133848
https://yespornplease.com/v/632822623
http://yespornplease.com/v/576311220
https://yespornplease.com/v/108091891

https://yespornplease.com/v/702079252
https://yespornplease.com/v/923668560
http://yespornplease.com/v/141313990
http://yespornplease.com/v/298476427
http://yespornplease.com/v/493964827
https://yespornplease.com/v/140624584
https://yespornplease.com/v/565724371
https://yespornplease.com/v/751159119
http://yespornplease.com/v/386396897
http://yespornplease.com/v/794473344
http://yespornplease.com/v/450601722
http://yespornplease.com/v/600404542
http://yespornplease.com/v/619817093
http://yespornplease.com/v/659022651
https://yespornplease.com/v/127972325
https://yespornplease.com/v/255022528
https://yespornplease.com/v/365168558
https://yespornplease.com/v/684460972
https://yespornplease.com/v/891142187
http://yespornplease.com/v/838699863
https://yespornplease.com/v/657905554
http://yespornplease.com/v/225756814
http://yespornplease.com/v/163338288
https://yespornplease.com/v/468360302
https://yespornplease.com/v/890372489
http://yespornplease.com/v/607863251
http://yespornplease.com/v/795215060
http://yespornplease.com/v/242294071
http://yespornplease.com/v/711704924
https://yespornplease.com/v/870670312
http://yespornplease.com/v/339899456
http://yespornplease.com/v/408977275
http://yespornplease.com/v/998118315
http://yespornplease.com/v/139032697
http://yespornplease.com/v/831934615
http://yespornplease.com/v/462215427
https://yespornplease.com/v/711206396
https://yespornplease.com/v/940837598
http://yespornplease.com/v/172850227
http://yespornplease.com/v/629947214
http://yespornplease.com/v/195388625
http://yespornplease.com/v/491184563
http://yespornplease.com/v/935352413
https://yespornplease.com/v/257215182
https://yespornplease.com/v/632996894
http://yespornplease.com/v/172341371
https://yespornplease.com/v/639901995
http://yespornplease.com/v/510253581
http://yespornplease.com/v/834353732
http://yespornplease.com/v/974958721
https://yespornplease.com/v/739781226

https://yespornplease.com/v/984574367
http://yespornplease.com/v/300978048
http://yespornplease.com/v/365867882
http://yespornplease.com/v/997894031
https://yespornplease.com/v/129627135
https://yespornplease.com/v/718255024
https://yespornplease.com/v/515559339
https://yespornplease.com/v/722116369
https://yespornplease.com/v/479513685
http://yespornplease.com/v/700376346
http://yespornplease.com/v/932150590
https://yespornplease.com/v/523889308
http://yespornplease.com/v/370973490
http://yespornplease.com/v/101278471
http://yespornplease.com/v/261976731
http://yespornplease.com/v/777219182
https://yespornplease.com/v/309511320
http://yespornplease.com/v/424001310
https://yespornplease.com/v/896023745
http://yespornplease.com/v/881575414
http://yespornplease.com/v/811227355
http://yespornplease.com/v/253161441
http://yespornplease.com/v/127988322
http://yespornplease.com/v/799472747
http://yespornplease.com/v/410735498
https://yespornplease.com/v/532696054
http://yespornplease.com/v/509284238
http://yespornplease.com/v/810542492
http://yespornplease.com/v/360723942
http://yespornplease.com/v/619718253
http://yespornplease.com/v/910879005
http://yespornplease.com/v/560736396
https://yespornplease.com/v/306225761
https://yespornplease.com/v/409647039
http://yespornplease.com/v/910913966
http://yespornplease.com/v/339079164
http://yespornplease.com/v/645466689
http://yespornplease.com/v/485662253
http://yespornplease.com/v/908126131
https://yespornplease.com/v/453732355
https://yespornplease.com/v/857405484
http://yespornplease.com/v/916516600
http://yespornplease.com/v/477948998
https://yespornplease.com/v/422759823
https://yespornplease.com/v/611408079
http://yespornplease.com/v/479945312
http://yespornplease.com/v/824517570
https://yespornplease.com/v/253823809
https://yespornplease.com/v/987810973
http://yespornplease.com/v/313599325
http://yespornplease.com/v/897170778

https://yespornplease.com/v/241838394
https://yespornplease.com/v/584311215
http://yespornplease.com/v/966768413
https://yespornplease.com/v/457890610
https://yespornplease.com/v/511996528
https://yespornplease.com/v/708386376
https://yespornplease.com/v/228563834
http://yespornplease.com/v/449404658
http://yespornplease.com/v/644478085
http://yespornplease.com/v/247938978
http://yespornplease.com/v/357819494
http://yespornplease.com/v/759168728
http://yespornplease.com/v/788375832
https://yespornplease.com/v/999354510
http://yespornplease.com/v/193236074
https://yespornplease.com/v/659617784
http://yespornplease.com/v/200760973
http://yespornplease.com/v/918656798
http://yespornplease.com/v/468169604
http://yespornplease.com/v/130379041
https://yespornplease.com/v/483110376
https://yespornplease.com/v/331311280
http://yespornplease.com/v/678983492
http://yespornplease.com/v/767235171
https://yespornplease.com/v/823946260
https://yespornplease.com/v/985778558
https://yespornplease.com/v/577289540
https://yespornplease.com/v/429705085
http://yespornplease.com/v/120234694
https://yespornplease.com/v/777084798
https://yespornplease.com/v/310716610
https://yespornplease.com/v/677509520
https://yespornplease.com/v/724045711
https://yespornplease.com/v/883481445
https://yespornplease.com/v/497790949
https://yespornplease.com/v/585653589
https://yespornplease.com/v/707742056
https://yespornplease.com/v/358572240
https://yespornplease.com/v/851865587
https://yespornplease.com/v/290944031
https://yespornplease.com/v/399255078
https://yespornplease.com/v/864747489
https://yespornplease.com/v/766509835
https://yespornplease.com/v/868260266
https://yespornplease.com/v/212534309
https://yespornplease.com/v/551535782
https://yespornplease.com/v/188115198
https://yespornplease.com/v/762469252
https://yespornplease.com/v/706482600
https://yespornplease.com/v/404870943
https://yespornplease.com/v/394389881

https://yespornplease.com/v/637235547
https://yespornplease.com/v/279517032
https://yespornplease.com/v/183789251
https://yespornplease.com/v/130479365
https://yespornplease.com/v/770380050
https://yespornplease.com/v/920069389
https://yespornplease.com/v/733287599
https://yespornplease.com/v/804391134
https://yespornplease.com/v/886068508
https://yespornplease.com/v/901410187
https://yespornplease.com/v/317676211
https://yespornplease.com/v/422574372
https://yespornplease.com/v/569364083
https://yespornplease.com/v/265922134
https://yespornplease.com/v/723252366
https://yespornplease.com/v/947862973
https://yespornplease.com/v/420794934
https://yespornplease.com/v/992457798
https://yespornplease.com/v/749169483
https://yespornplease.com/v/885089944
https://yespornplease.com/v/874523143
https://yespornplease.com/v/540650434
http://yespornplease.com/v/684441793
http://yespornplease.com/v/606940107
http://yespornplease.com/v/767546252
http://yespornplease.com/v/959240442
http://yespornplease.com/v/225863226

Location of original works owned by and registered to MG Premium Ltd: http://www.brazzers.com

This correspondence and all of its contents is without prejudice to MG Premium Ltd. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for MG Premium Ltd.; MG Limited Cyprus; MG Content DP Ltd; MG Content RK Limited; MG Freesites Ltd

Jason Tucker

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.